UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
:
:
M.H.,                                                            :     23 -CV- 6714   (DEH)
:
           Plaintiff[s],            :
:
    v.                                                         :     ORDER OF REFERENCE
:     TO A MAGISTRATE JUDGE
:
NEW YORK CITY DEPARTMENT OF EDUCATION,       :
           Defendant[s].            :
:
----------------------------------------------------------------X

DALE E. HO, United States District Judge:

    This action is referred to the assigned Magistrate Judge for the following purpose(s):

- [x] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)
- [ ] Specific Non-Dispositive Motion/Dispute: _____
- [ ] If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____
- [ ] Settlement
- [ ] Inquest After Default/Damages Hearing

- [ ] Consent under 28 U.S.C. § 636(c) for all purposes (including trial)
- [ ] Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____
- [ ] Habeas Corpus
- [ ] Social Security
- [ ] Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: _____

SO ORDERED.

Dated: October 31, 2023
       New York, New York

                                                   DALE E. HO
                                           United States District Judge