```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.H.,

                      Plaintiff,

-against-

New York City Department of Education,

                      Defendant.

1:23-cv-06714 (DEH) (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

    The parties are directed to appear for a telephone conference on Monday, December 11, 2023, at 11:00 a.m. EST to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

Dated:    New York, New York
            November 27, 2023

                                                    _____
                                                    STEWART D. AARON
                                                    United States Magistrate Judge