# National Association of Legal Fee Analysis

## Specializing in Attorney Fees & Legal Billing

*— The Nation's Top Attorney Fee Experts*

**NALFA**

# The 2022 Litigation Hourly Rate Survey & Report

NALFA's Annual Hourly Rate Survey of Civil Litigation in the U.S.

*Published & Released on December 20, 2022*

**NALFA**

NALFA is a 501(c)(6) non-profit professional association for the legal fee analysis field. Our members provide a range of services on attorney fee and legal billing matters.

Courts and clients turn to us for expertise when attorney fees and expenses are at issue in large, complex cases. NALFA members are fully qualified attorney fee experts, special fee masters, bankruptcy fee examiners, fee dispute neutrals, and legal bill auditors. All our members follow Best Practices in Outside Legal Fee Analysis.

Copyright © 2022 NALFA. All Rights Reserved.

**About NALFA**

The National Association of Legal Fee Analysis (NALFA) is federal tax-exempt group organized and governed under 26 U.S.C. § 501(c)(6).  As such, we serve as the professional governing body for the legal fee analysis profession.  As a 501(c)(6) organization, NALFA devotes itself to advancing the lines of business and representing the professional interests of the legal fee analysis profession.

Our mission is to help ensure quality and reliability across the legal fee analysis profession, regardless of membership status.  Our standard for analysis and evaluating attorney fees and expenses is reasonableness.  Our members observe proven methodologies and adhere to the proper standard of reasonableness when reviewing outside attorney fees and expenses.  Our members follow Best Practices in Outside Legal Fee Analysis.

NALFA has been cited or quoted by 21 different media outlets and/or publication: The Wall Street Journal, Bloomberg News, ALM's American Lawyer, The Chicago Tribune, Bloomberg BNA, CNBC, Thomson Reuters, Insurance Journal, Minneapolis-St. Paul Business Journal, Daily Journal, ALM's Daily Business Review, ALM's National Law Journal, FindLaw.com, The Florida Bar Journal, Law 360, Politico, ALM's Law.com, Missouri Lawyers Media, ALM's Critical Mass, Portland Business Journal, and Detroit Free Press.

Copyright © 2022
NALFA. All Rights Reserved.

## The Ethics of Reviewing Outside Legal Fees:
## Dedicated to the Legacy of Founding Member Bruce R. Meckler (1955-2016)

Legal fee analysis is the comprehensive review and analysis of attorney fees and costs by an outside party in a legal matter. Professionals who routinely perform outside or third-party legal fee analysis include attorney fee experts, special fee masters, bankruptcy fee examiners, fee dispute neutrals, and legal bill reviewers.

The following ten best practices measures were developed over several years with input and consensus from thought leaders (members and non-members) from across the legal fee analysis professional community. These best practice measures promote values such as ethics, independence, and professional development. These peer review driven standards help strengthen the legal fee analysis field by ensuring integrity in the process and reliability in the results. These best practice measures fulfill the "generally accepted" standards within a professional community as required by *Daubert* and are widely considered the mainstream of outside legal fee analysis.

All our members (i.e. fully qualified attorney fee experts, special fee masters, bankruptcy fee examiners, fee dispute neutrals, and legal bill reviewers) are signatories to the following ethics for reviewing outside legal fees:

1.00  Adhere to the proper standard of reasonableness.
2.00  Observe a consistent and reliable methodology.
3.00  Keep updated on the latest jurisprudence (i.e. the body of law, key court rulings, expert fee reports, etc.) on reasonable attorney fees and expenses.
4.00  Keep updated on the latest scholarship (i.e. empirical papers, studies, surveys, reports, etc.) on reasonable attorney fees and expenses.
5.00  Participate in professional development and CLE programs on litigation management, attorney fees, and legal billing topics.
6.00  Do not advertise false or intentionally misleading information or offer any guarantee of outcome.
7.00  Do not charge on a contingency basis (i.e. based on the results obtained).
8.00  Do not accept a case or client where there is an inherent conflict of interest.
9.00  Keep all fee, billing, rate, and work product information in strict confidence.
10.00  Utilize technology when possible.

Please Note: You don't need to be a NALFA member to follow Best Practices in Legal Fee Analysis.

Copyright © 2022
NALFA. All Rights Reserved

**NALFA Fact Sheet:**

NALFA is an approved 501(c)(6) federal tax-exempt organization under the IRS Code.

NALFA is an A.M. Best Recommended Expert Service Provider (2008-Present).

NALFA has recommended qualified attorney fee experts on legal fee and billing matters ranging from $42,000-$500 million.

Since 2008, NALFA has hosted over 45 different CLE and professional development programs on attorney fees and legal billing topics. Our CLE faculty has included 20 sitting federal judges.

Every year, NALFA announces, "The Nation's Top Attorney Fee Experts".

Every year, NALFA conducts its Litigation Hourly Rate Survey, an hourly rate survey of civil litigation in the U.S.

NALFA offers a Certificate in Ethical Billing & Reasonable Fees, the nation's first and only certificate of its kind for registered guests of multiple CLE programs.

NALFA has established Best Practices in Outside Legal Fee Analysis, a peer-review driven code of professional conduct for professionals who routinely perform outside legal fee analysis.

NALFA's News Blog covers jurisprudence and scholarship on reasonable attorney fees throughout the U.S.

NALFA filed Amicus Briefs in *Worley v. Storage USA*, *Pipefitters v. Oakley* in California appellate courts and in the landmark ADA case, *Covington v. McNeese State University* in the Louisiana Supreme Court.

NALFA has been cited or quoted by 21 different media outlets and/or publications: The Wall Street Journal, Bloomberg News, ALM's American Lawyer, The Chicago Tribune, Bloomberg BNA, CNBC, Thomson Reuters, Insurance Journal, Minneapolis-St. Paul Business Journal, Daily Journal, ALM's Daily Business Review, ALM's National Law Journal, FindLaw.com, The Florida Bar Journal, Law 360, Politico, ALM's Law.com, Missouri Lawyers Media, ALM's Critical Mass, and Portland Business Journal, and Detroit Free Press.

NALFA houses a body of scholarship on reasonable attorney fees including surveys, reports, articles, and studies. NALFA also recognizes the nation's most influential scholarship on attorney fees.

NALFA conducts custom hourly rate surveys for law firms, corporate legal departments, and government agencies. A federal judge cited a NALFA hourly rate survey in hist attorney fee award in the *Vortens* class settlement.

Copyright © 2022 NALFA. All Rights Reserved.

# Hourly Rate Terms

Hourly rates are not attorney fees. But hourly rates help determine attorney fees. There is a difference between rates charged or billed and rates actually paid. Here are some other basic rate terms used in hourly billing:

**Premium Rates** – Rates paid at the high end of the distribution curve (Tier 4).

**Discount Rates** – Rates charged below market value at the low end of the distribution curve (Tier 1).

**Unitary Rates** – A discounted rate charged by a group of litigators.

**Quoted Rate** -- Agreed upon hourly rate by the attorney and client in a fee agreement.

**Client Rate** -- Based on a single hourly charge for the client, regardless of which attorney works on the case and what he or she does on the case.

**Activity Rate** -- Based on hourly rates that vary depending on the type of service or activity performed and the degree of difficulty of the activity. Sometimes call task-based rate.

**Blended Rate** -- Single hourly rate set by taking into account the mix of attorneys working on the matter.

Copyright © 2022 NALFA. All Rights Reserved.

# Survey Purpose

In this information age, data or analytics is decision making. From investments to sports, data-based analytics has transformed our economy and permeated all aspects of our society. Indeed, data is power. With good, actionable data, you can increase your market share or advantage and gain insight and understanding. Data analytics is essential to the practice of law. With new position titles like price analyst, data specialist, and practice analytics, law firms recognize the need for metric-based decision making.

This survey is the tool or method to obtain hourly rate data. In litigation, data can be used as evidence in court or ADR. Our billing rate data is grounded in mathematics and statistics. The purpose of this survey is to provide the most current, accurate, and reliable hourly rate data of civil litigation in the U.S. From our meta-data, you can understand the economics of hourly rates in litigation and with more targeted or focused data, you can make direct comparisons of defense and plaintiff rates among litigators with less than 10 years of litigation experience. Litigators can use this hourly rate data for two general purposes:

**1. Internal – Compare Your Hourly Rate to Your Litigation Peers**

**2. External – Cite as Evidence to Support or Challenge Hourly Rates in Court / ADR**

Copyright © 2022 NALFA. All Rights Reserved.

30

# NALFA's Hourly Rate Tier System

While complying the hourly rate data, we noticed there may be a way to group the data fields into broader categories. As such, we applied a tier system to our hour rate ranges:

| Tier Level |
| --- |
| Tier 1 (Less Than $200-$400) |
| Tier 2 ($401-$650) |
| Tier 3 ($651-$900) |
| Tier 4 ($901-Over $1,110) |

| # | Rate Tier | Rate Range |
| --- | --- | --- |
| 1 | Tier 1 | Less Than $200 |
| 2 | Tier 1 | $200-$250 |
| 3 | Tier 1 | $251-$300 |
| 4 | Tier 1 | $301-$350 |
| 5 | Tier 1 | $351-$400 |
| 6 | Tier 2 | $401-$450 |
| 7 | Tier 2 | $451-$500 |
| 8 | Tier 2 | $501-$550 |
| 9 | Tier 2 | $551-$600 |
| 10 | Tier 2 | $601-$650 |
| 11 | Tier 3 | $651-$700 |
| 12 | Tier 3 | $701-$750 |
| 13 | Tier 3 | $751-$800 |
| 14 | Tier 3 | $801-$850 |
| 15 | Tier 3 | $851-$900 |
| 16 | Tier 4 | $901-$950 |
| 17 | Tier 4 | $951-$1,000 |
| 18 | Tier 4 | $1,001-$1,050 |
| 19 | Tier 4 | $1,051-$1,100 |
| 20 | Tier 4 | Over $1,100 |

Copyright © 2022 NALFA. All Rights Reserved.

46

## Survey Stats

Survey Name: The 2022 Litigation Hourly Rate Survey
Survey Start Date: May 9, 2022
Survey End Date: September 23, 2022
Number of Survey Emails: 48
Number of Survey Questions: 10
Number of Survey Variables: (2)+2+6+3+15+25+20+20+5+5=103
Number of Survey Participants: 19,124
Number of Full Survey Responses: 17,443
Number of Full Survey Reponses from Verified Litigators: 16,627
Number of Survey Data Points: Over 1.5 million

Copyright © 2022. NALFA. All Rights Reserved.

## Survey Process & Methodology

This hourly rate survey was conducted via electronic mail (e-mail). This survey was conducted through our email marketing vendor, Constant Contact, Inc. This hourly rate survey started on May 9, 2022 and closed on September 23, 2022. We sent out over 45 email campaigns to our proprietary e-mail database of over 420,000 litigators from across the U.S. Our database contained litigators of all types – both plaintiff and defense counsel, from big law firms to solo shops, from big cities to small towns, and at all litigation experience levels.

We invited litigators to participate in this hourly rate survey. In order to incentivize them to participate, we offer all survey respondents the survey results at no cost. In order to prevent duplicate responses, once litigators participated in the survey, they were removed from our email database. Throughout the 5-month survey campaign, we carefully tracked the open rate, click rate, participation rate, and response rate.

The total number of participants in this hourly rate survey was **19,124**. Of this, there were **17,443** who fully completed the survey. But of this, there were **16,627** who fully completed from valid litigators in the U.S. We did not include missing or deficient responses in our survey totals and results. With 10 questions and 103 variables, we had a total of over **1.5 million** data points and intra-data points to analyze.

Copyright © 2022 NALFA. All Rights Reserved.

47

## Conduct Your Own Hourly Rate Data Analysis

We let the hourly rate data speak for itself. Litigators and others can use this hourly rate survey to conduct their own rate analysis. Giving you access to the primary data allows litigators and others to perform their own macro and / or micro legal fee analysis. You can use the data sets to do your own rate analysis and draw your own actable rate intelligence. With over 100K data points, you can find:

Approx. Average Hourly Rates by Geography, Experience Level, and Firm Size
Combining Rate Data Points and Rate Data Sets
Percentile Distributions
Use Advanced Analytics Techniques
And much, much more

For people who purchase this survey, NALFA can provide the excel spreadsheets to help you organize the data as you see fit. This also allows you to create you own charts and graphs. We also provide a tutorial to help explain the data, show how to conduct rate analysis, and answer any questions.

Copyright © 2022 NALFA. All Rights Reserved.

# New York, NY

## New York, NY (All Rates)

Pie chart segments: 39%, 27%, 19%, 15%

Legend:
- Tier 1 (Less Than $200-$400)
- Tier 2 ($401-$650)
- Tier 3 ($651-$900)
- Tier 4 ($901-Over $1,110)

### New York, NY Hourly Rate Data

| # | Rate Tier | Rate Range | Defense Regular Rate # | Defense Regular Rate % | Defense Complex Rate # | Defense Complex Rate % | Plaintiffs Regular Rate # | Plaintiffs Regular Rate % | Plaintiffs Complex Rate # | Plaintiffs Complex Rate % | Totals All Rates # | Totals All Rates % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Tier 1 | Less Than $200 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 2 | Tier 1 | $200-$250 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 3 | Tier 1 | $251-$300 | 1 | 0.28% | 1 | 0.28% | 0 | 0.00% | 0 | 0.00% | 2 | 0.14% |
| 4 | Tier 1 | $301-$350 | 11 | 3.14% | 31 | 8.85% | 19 | 5.32% | 16 | 4.48% | 77 | 5.44% |
| 5 | Tier 1 | $351-$400 | 62 | 17.71% | 40 | 11.42% | 45 | 12.60% | 45 | 12.60% | 192 | 13.57% |
| | Sub Totals | | 74 | 21.14% | 72 | 20.57% | 64 | 17.92% | 61 | 17.08% | 271 | 19.16% |
| 6 | Tier 2 | $401-$450 | 32 | 9.14% | 25 | 7.14% | 26 | 7.28% | 27 | 7.56% | 110 | 7.78% |
| 7 | Tier 2 | $451-$500 | 25 | 7.14% | 29 | 8.28% | 31 | 8.68% | 29 | 8.12% | 114 | 8.06% |
| 8 | Tier 2 | $501-$550 | 25 | 7.14% | 28 | 8.00% | 28 | 7.84% | 25 | 7.00% | 106 | 7.49% |
| 9 | Tier 2 | $551-$600 | 21 | 6.00% | 23 | 6.57% | 28 | 7.84% | 27 | 7.56% | 99 | 7.00% |
| 10 | Tier 2 | $601-$650 | 33 | 9.42% | 31 | 8.85% | 30 | 8.40% | 31 | 8.68% | 125 | 8.84% |
| | Sub Totals | | 136 | 38.85% | 136 | 38.85% | 143 | 40.05% | 139 | 38.93% | 554 | 39.17% |
| 11 | Tier 3 | $651-$700 | 24 | 6.85% | 22 | 6.28% | 20 | 5.60% | 20 | 5.60% | 86 | 6.08% |
| 12 | Tier 3 | $701-$750 | 13 | 3.71% | 18 | 5.14% | 19 | 5.32% | 15 | 4.20% | 65 | 4.59% |
| 13 | Tier 3 | $751-$800 | 20 | 5.71% | 21 | 6.00% | 21 | 5.88% | 18 | 5.04% | 80 | 5.65% |
| 14 | Tier 3 | $801-$850 | 17 | 4.85% | 15 | 4.28% | 19 | 5.32% | 27 | 7.56% | 78 | 5.51% |
| 15 | Tier 3 | $851-$900 | 19 | 5.42% | 18 | 5.14% | 19 | 5.32% | 20 | 5.60% | 76 | 5.37% |
| | Sub Totals | | 93 | 26.57% | 94 | 26.85% | 98 | 27.45% | 100 | 28.01% | 385 | 27.22% |
| 16 | Tier 4 | $901-$950 | 9 | 2.57% | 12 | 3.42% | 13 | 3.64% | 11 | 3.08% | 45 | 3.18% |
| 17 | Tier 4 | $951-$1,000 | 9 | 2.57% | 8 | 2.28% | 10 | 2.80% | 9 | 2.52% | 36 | 2.54% |
| 18 | Tier 4 | $1,001-$1,050 | 11 | 3.14% | 8 | 2.28% | 12 | 3.36% | 13 | 3.64% | 44 | 3.11% |
| 19 | Tier 4 | $1,051-$1,100 | 9 | 2.57% | 9 | 2.57% | 10 | 2.80% | 11 | 3.08% | 39 | 2.75% |
| 20 | Tier 4 | Over $1,100 | 9 | 2.57% | 11 | 3.14% | 7 | 1.96% | 13 | 3.64% | 40 | 2.82% |
| | Sub Totals | | 47 | 13.42% | 48 | 13.71% | 52 | 14.56% | 57 | 15.96% | 204 | 14.42% |
| | Totals | | 350 | 100% | 350 | 100% | 357 | 100% | 357 | 100% | 1414 | 100% |

Copyright © 2022 NALFA. All Rights Reserved.



## Cities by Tier Rate System

107

Copyright © 2022 NALFA. All Rights Reserved.

# Associates



Associates (All Rates)

- Tier 1 (Less Than $200-$650)
- Tier 2 ($401-$650)
- Tier 3 ($651-$900)
- Tier 4 ($901-Over $1,110)

| | Associate Rates (All Cities/Geo) | | Defense | | | | Plaintiff | | | | Totals | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Rate Tier | Rate Range | Regular Rate | | Complex Rate | | Regular Rate | | Complex Rate | | All Rates | |
| | | | # | % | # | % | # | % | # | % | # | % |
| 1 | Tier 1 | Less Than $200 | 51 | 2.21% | 42 | 1.82% | 45 | 1.89% | 36 | 1.51% | 174 | 1.86% |
| 2 | Tier 1 | $200-$250 | 80 | 3.47% | 77 | 3.34% | 89 | 3.75% | 76 | 3.20% | 322 | 3.44% |
| 3 | Tier 1 | $251-$300 | 145 | 6.29% | 141 | 6.12% | 161 | 6.79% | 163 | 6.87% | 610 | 6.52% |
| 4 | Tier 1 | $301-$350 | 211 | 9.16% | 162 | 7.03% | 219 | 9.23% | 225 | 9.48% | 817 | 8.74% |
| 5 | Tier 1 | $351-$400 | 319 | 13.85% | 155 | 6.73% | 316 | 1.33% | 322 | 13.58% | 1112 | 11.89% |
| Sub Totals | | | 806 | 35.01% | 577 | 25.06% | 830 | 35.00% | 822 | 34.66% | 3035 | 32.47% |
| 6 | Tier 2 | $401-$450 | 213 | 9.25% | 248 | 10.77% | 256 | 10.79% | 234 | 9.86% | 951 | 10.17% |
| 7 | Tier 2 | $451-$500 | 236 | 10.25% | 254 | 11.03% | 222 | 9.36% | 209 | 8.81% | 921 | 9.85% |
| 8 | Tier 2 | $501-$550 | 211 | 9.16% | 201 | 8.73% | 244 | 10.29% | 263 | 11.09% | 919 | 9.83% |
| 9 | Tier 2 | $551-$600 | 211 | 9.16% | 237 | 10.29% | 206 | 8.68% | 230 | 9.70% | 884 | 9.45% |
| 10 | Tier 2 | $601-$650 | 234 | 10.16% | 215 | 9.33% | 211 | 8.89% | 219 | 9.23% | 879 | 9.40% |
| Sub Totals | | | 1105 | 48.00% | 1155 | 50.17% | 1139 | 48.03% | 1155 | 48.71% | 4554 | 48.72% |
| 11 | Tier 3 | $651-$700 | 98 | 4.25% | 97 | 4.21% | 81 | 3.41% | 79 | 3.33% | 355 | 3.79% |
| 12 | Tier 3 | $701-$750 | 67 | 2.91% | 95 | 4.12% | 37 | 1.56% | 64 | 2.69% | 263 | 2.81% |
| 13 | Tier 3 | $751-$800 | 45 | 1.95% | 111 | 4.82% | 67 | 2.82% | 51 | 2.15% | 274 | 2.93% |
| 14 | Tier 3 | $801-$850 | 41 | 1.78% | 84 | 3.64% | 51 | 2.15% | 47 | 1.98% | 223 | 2.38% |
| 15 | Tier 3 | $851-$900 | 26 | 1.12% | 70 | 3.04% | 48 | 2.02% | 32 | 1.34% | 176 | 1.88% |
| Sub Totals | | | 277 | 12.03% | 457 | 19.85% | 284 | 11.97% | 273 | 11.51% | 1291 | 13.81% |
| 16 | Tier 4 | $901-$950 | 59 | 2.56% | 57 | 2.47% | 54 | 2.27% | 61 | 2.57% | 231 | 2.47% |
| 17 | Tier 4 | $951-$1,000 | 17 | 0.73% | 15 | 0.65% | 19 | 0.82% | 16 | 0.67% | 67 | 0.71% |
| 18 | Tier 4 | $1,001-$1,050 | 21 | 0.91% | 26 | 1.12% | 28 | 1.18% | 25 | 1.05% | 100 | 1.06% |
| 19 | Tier 4 | $1,051-$1,100 | 8 | 0.34% | 7 | 0.30% | 8 | 0.33% | 10 | 0.42% | 33 | 0.35% |
| 20 | Tier 4 | Over $1,100 | 9 | 0.39% | 8 | 0.34% | 9 | 0.37% | 9 | 0.37% | 35 | 0.37% |
| Sub Totals | | | 114 | 4.95% | 113 | 4.90% | 118 | 4.97% | 121 | 5.10% | 466 | 4.98% |
| Totals | | | 2302 | 100% | 2302 | 100% | 2371 | 100% | 2371 | 100% | 9346 | 100% |

Copyright © 2022 NALFA. All Rights Reserved.

169

# Partners

## Partners (All Rates)



- Tier 1 (Less Than $200-$400)
- Tier 2 ($401-$650)
- Tier 3 ($651-$900)
- Tier 4 ($901-Over $1,110)

### Partner Rates (All Cities/Geo)

| | Rate Tier | Rate Range | Defense Regular Rate # | % | Defense Complex Rate # | % | Plaintiff Regular Rate # | % | Plaintiff Complex Rate # | % | Totals All Rates # | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Tier 1 | Less Than $200 | 11 | 0.36% | 11 | 0.36% | 10 | 0.34% | 9 | 0.31% | 41 | 0.34% |
| 2 | Tier 1 | $200-$250 | 44 | 1.46% | 33 | 1.09% | 22 | 0.75% | 25 | 0.86% | 124 | 1.04% |
| 3 | Tier 1 | $251-$300 | 89 | 2.95% | 81 | 2.68% | 85 | 2.92% | 78 | 2.68% | 333 | 2.81% |
| 4 | Tier 1 | $301-$350 | 167 | 5.54% | 171 | 5.67% | 159 | 5.47% | 146 | 5.03% | 643 | 5.43% |
| 5 | Tier 1 | $351-$400 | 291 | 9.66% | 299 | 9.92% | 246 | 8.47% | 255 | 8.78% | 1091 | 9.22% |
| Sub Totals | | | 602 | 19.98% | 595 | 19.75% | 522 | 17.98% | 513 | 17.67% | 2232 | 18.87% |
| 6 | Tier 2 | $401-$450 | 298 | 9.89% | 291 | 9.66% | 260 | 8.95% | 260 | 8.95% | 1109 | 9.37% |
| 7 | Tier 2 | $451-$500 | 275 | 9.13% | 284 | 9.42% | 229 | 7.89% | 273 | 9.40% | 1061 | 8.97% |
| 8 | Tier 2 | $501-$550 | 256 | 8.49% | 222 | 7.37% | 276 | 9.51% | 251 | 8.64% | 1005 | 8.49% |
| 9 | Tier 2 | $551-$600 | 272 | 9.03% | 288 | 9.56% | 245 | 8.44% | 268 | 9.23% | 1073 | 9.07% |
| 10 | Tier 2 | $601-$650 | 224 | 7.43% | 248 | 8.23% | 298 | 10.26% | 277 | 9.54% | 1047 | 8.85% |
| Sub Totals | | | 1325 | 43.99% | 1333 | 44.25% | 1308 | 45.07% | 1329 | 45.79% | 5295 | 44.76% |
| 11 | Tier 3 | $651-$700 | 167 | 5.54% | 145 | 4.41% | 136 | 4.68% | 123 | 4.23% | 571 | 4.82% |
| 12 | Tier 3 | $701-$750 | 150 | 4.98% | 149 | 4.94% | 168 | 5.78% | 158 | 5.44% | 625 | 5.28% |
| 13 | Tier 3 | $751-$800 | 151 | 5.01% | 167 | 5.54% | 169 | 5.82% | 162 | 5.58% | 649 | 5.48% |
| 14 | Tier 3 | $801-$850 | 142 | 4.71% | 155 | 5.14% | 148 | 5.09% | 163 | 5.61% | 608 | 5.14% |
| 15 | Tier 3 | $851-$900 | 172 | 5.71% | 158 | 5.24% | 159 | 5.47% | 155 | 5.34% | 644 | 5.44% |
| Sub Totals | | | 782 | 24.16% | 774 | 25.69% | 780 | 26.87% | 761 | 26.22% | 3097 | 26.18% |
| 16 | Tier 4 | $901-$950 | 51 | 1.69% | 59 | 1.95% | 55 | 1.89% | 59 | 2.03% | 224 | 1.89% |
| 17 | Tier 4 | $951-$1,000 | 73 | 2.42% | 82 | 2.72% | 50 | 1.72% | 56 | 1.92% | 261 | 2.20% |
| 18 | Tier 4 | $1,001-$1,050 | 55 | 1.82% | 52 | 1.72% | 65 | 2.23% | 55 | 1.89% | 227 | 1.91% |
| 19 | Tier 4 | $1,051-$1,100 | 63 | 2.09% | 55 | 1.82% | 61 | 2.10% | 62 | 2.13% | 241 | 2.03% |
| 20 | Tier 4 | Over $1,100 | 61 | 2.02% | 62 | 2.05% | 61 | 2.10% | 67 | 2.30% | 251 | 2.12% |
| Sub Totals | | | 303 | 10.05% | 310 | 10.29% | 292 | 10.06% | 299 | 10.30% | 1204 | 10.17% |
| Totals | | | 3012 | 100% | 3012 | 100% | 2902 | 100% | 2902 | 100% | 11,828 | 100% |

110

Copyright © 2022 NALFA. All Rights Reserved.

# Senior / Managing Partners



Sr. / Mgr. Partners (All Rates)

- Tier 1 (Less Than $200-$400)
- Tier 2 ($401-$650)
- Tier 3 ($651-$900)
- Tier 4 ($901-Over $1,110)

| # | Rate Tier | Rate Range | Senior / Managing Partner Rates (All Cities/Geo) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Defense | | | | Plaintiff | | | | Totals | |
| | | | Regular Rate | | Complex Rate | | Regular Rate | | Complex Rate | | All Rates | |
| | | | # | % | # | % | # | % | # | % | # | % |
| 1 | Tier 1 | Less Than $200 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 2 | Tier 1 | $200-$250 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 3 | Tier 1 | $251-$300 | 5 | 0.16% | 3 | 0.09% | 8 | 0.26% | 4 | 0.13% | 20 | 0.16% |
| 4 | Tier 1 | $301-$350 | 60 | 1.98% | 55 | 1.82% | 61 | 2.02% | 44 | 1.45% | 220 | 1.82% |
| 5 | Tier 1 | $351-$400 | 83 | 2.47% | 78 | 2.58% | 71 | 2.35% | 77 | 2.55% | 309 | 2.55% |
| | | Sub Totals | 148 | 4.89% | 136 | 4.50% | 140 | 4.63% | 125 | 4.14% | 549 | 4.54% |
| 6 | Tier 2 | $401-$450 | 248 | 8.20% | 201 | 6.65% | 256 | 8.47% | 225 | 7.45% | 930 | 7.69% |
| 7 | Tier 2 | $451-$500 | 261 | 8.63% | 199 | 6.58% | 233 | 7.71% | 265 | 8.77% | 958 | 7.93% |
| 8 | Tier 2 | $501-$550 | 259 | 8.57% | 183 | 6.05% | 244 | 8.08% | 229 | 7.58% | 915 | 7.57% |
| 9 | Tier 2 | $551-$600 | 257 | 8.50% | 197 | 6.52% | 246 | 8.14% | 219 | 7.25% | 919 | 7.60% |
| 10 | Tier 2 | $601-$650 | 277 | 9.16% | 201 | 6.65% | 238 | 7.88% | 222 | 7.35% | 938 | 7.76% |
| | | Sub Totals | 1302 | 43.09% | 981 | 32.47% | 1217 | 40.31% | 1160 | 38.42% | 4660 | 38.57% |
| 11 | Tier 3 | $651-$700 | 238 | 7.87% | 289 | 9.56% | 256 | 8.47% | 219 | 7.25% | 1002 | 8.29% |
| 12 | Tier 3 | $701-$750 | 234 | 7.74% | 247 | 8.17% | 238 | 7.88% | 245 | 8.11% | 964 | 7.98% |
| 13 | Tier 3 | $751-$800 | 229 | 7.58% | 279 | 9.23% | 222 | 7.35% | 248 | 8.21% | 978 | 8.09% |
| 14 | Tier 3 | $801-$850 | 227 | 7.51% | 265 | 8.77% | 235 | 7.78% | 256 | 8.47% | 983 | 8.13% |
| 15 | Tier 3 | $851-$900 | 220 | 7.28% | 249 | 8.24% | 226 | 7.48% | 221 | 7.32% | 916 | 7.58% |
| | | Sub Totals | 1148 | 38.00% | 1329 | 43.99% | 1177 | 38.98% | 1189 | 39.38% | 4843 | 40.09% |
| 16 | Tier 4 | $901-$950 | 81 | 2.68% | 111 | 3.67% | 99 | 3.27% | 108 | 3.57% | 399 | 3.30% |
| 17 | Tier 4 | $951-$1,000 | 88 | 2.91% | 115 | 3.80% | 97 | 3.32% | 110 | 3.64% | 410 | 3.39% |
| 18 | Tier 4 | $1,001-$1,050 | 85 | 2.81% | 112 | 3.70% | 91 | 3.01% | 115 | 3.80% | 403 | 3.33% |
| 19 | Tier 4 | $1,051-$1,100 | 91 | 3.01% | 120 | 3.97% | 97 | 3.32% | 108 | 3.57% | 416 | 3.44% |
| 20 | Tier 4 | Over $1,100 | 78 | 2.58% | 117 | 3.87% | 101 | 3.34% | 104 | 3.44% | 400 | 3.31% |
| | | Sub Totals | 423 | 14.00% | 575 | 19.03% | 485 | 16.06% | 545 | 18.05% | 2028 | 16.78% |
| | | Totals | 3021 | 100% | 3021 | 100% | 3019 | 100% | 3019 | 100% | 12,080 | 100% |

Copyright © 2022 NALFA. All Rights Reserved



Position / Title by Tier Rate System

Copyright © 2022 NALFA. All Rights Reserved.

112

# 6-7 Years of Litigation Experience



6-7 Years of Experience (All Rates)

- Tier 1 (Less Than $200-$400)
- Tier 2 ($401-$650)
- Tier 3 ($651-$900)
- Tier 4 ($901-Over $1,110)

| | Rate Tier | Rate Range | Defense | | | | Plaintiff | | | | Totals | |
| | | | Regular Rate | | Complex Rate | | Regular Rate | | Complex Rate | | All Rates | |
| | | | # | % | # | % | # | % | # | % | # | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Tier 1 | Less Than $200 | 9 | 1.69% | 8 | 1.50% | 9 | 1.71% | 4 | 0.76% | 30 | 1.41% |
| 2 | Tier 1 | $200-$250 | 11 | 2.07% | 5 | 0.94% | 11 | 2.09% | 1 | 0.19% | 28 | 1.32% |
| 3 | Tier 1 | $251-$300 | 51 | 9.60% | 27 | 5.08% | 24 | 4.56% | 15 | 2.85% | 117 | 5.53% |
| 4 | Tier 1 | $301-$350 | 76 | 14.31% | 77 | 14.50% | 81 | 15.39% | 61 | 11.59% | 295 | 13.95% |
| 5 | Tier 1 | $351-$400 | 81 | 15.25% | 99 | 18.64% | 90 | 17.11% | 129 | 24.52% | 399 | 18.87% |
| | Sub Totals | | 228 | 42.93% | 216 | 40.67% | 215 | 40.87% | 210 | 39.92% | 869 | 41.10% |
| 6 | Tier 2 | $401-$450 | 32 | 6.02% | 50 | 9.41% | 74 | 13.49% | 46 | 8.74% | 202 | 9.55% |
| 7 | Tier 2 | $451-$500 | 42 | 7.90% | 55 | 10.35% | 43 | 8.17% | 55 | 10.45% | 195 | 9.22% |
| 8 | Tier 2 | $501-$550 | 55 | 10.35% | 58 | 10.92% | 51 | 9.69% | 40 | 7.60% | 204 | 9.64% |
| 9 | Tier 2 | $551-$600 | 51 | 9.60% | 55 | 10.35% | 67 | 12.73% | 52 | 9.88% | 225 | 10.64% |
| 10 | Tier 2 | $601-$650 | 91 | 17.13% | 61 | 11.48% | 44 | 8.36% | 65 | 12.35% | 261 | 12.34% |
| | Sub Totals | | 271 | 51.03% | 279 | 52.54% | 279 | 53.04% | 258 | 49.04% | 1087 | 51.41% |
| 11 | Tier 3 | $651-$700 | 6 | 1.12% | 7 | 1.32% | 4 | 0.76% | 8 | 1.52% | 25 | 1.18% |
| 12 | Tier 3 | $701-$750 | 6 | 1.12% | 4 | 0.75% | 4 | 0.76% | 7 | 1.33% | 21 | 0.99% |
| 13 | Tier 3 | $751-$800 | 5 | 0.94% | 5 | 0.94% | 5 | 0.95% | 8 | 1.52% | 23 | 1.08% |
| 14 | Tier 3 | $801-$850 | 2 | 0.37% | 4 | 0.75% | 4 | 0.76% | 7 | 1.33% | 17 | 0.80% |
| 15 | Tier 3 | $851-$900 | 3 | 0.56% | 3 | 0.56% | 4 | 0.76% | 7 | 1.33% | 17 | 0.80% |
| | Sub Totals | | 22 | 4.14% | 23 | 4.33% | 21 | 3.99% | 37 | 7.03% | 103 | 4.87% |
| 16 | Tier 4 | $901-$950 | 4 | 0.75% | 4 | 0.75% | 3 | 0.57% | 7 | 1.33% | 17 | 0.80% |
| 17 | Tier 4 | $951-$1,000 | 3 | 0.56% | 4 | 0.75% | 4 | 0.76% | 3 | 0.57% | 14 | 0.66% |
| 18 | Tier 4 | $1,001-$1,050 | 3 | 0.56% | 3 | 0.56% | 3 | 0.57% | 2 | 0.38% | 10 | 0.47% |
| 19 | Tier 4 | $1,051-$1,100 | 1 | 0.18% | 3 | 0.56% | 1 | 0.19% | 4 | 0.76% | 9 | 0.42% |
| 20 | Tier 4 | Over $1,100 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 5 | 0.95% | 5 | 0.23% |
| | Sub Totals | | 10 | 1.80% | 13 | 2.44% | 11 | 2.09% | 21 | 3.99% | 55 | 2.60% |
| | Totals | | 531 | 100% | 531 | 100% | 526 | 100% | 526 | 100% | 2114 | 100% |

Copyright © 2022 NALFA. All Rights Reserved.

# 19-21 Years of Litigation Experience

## 19-21 Years of Experience (All Rates)

Legend:
- Tier 1 (Less Than $200-$400)
- Tier 2 ($401-$650)
- Tier 3 ($651-$900)
- Tier 4 ($901-Over $1,110)

Pie slices: 40%, 29%, 19%, 12%

### 19-21 Years of Litigation Experience

| # | Rate Tier | Rate Range | Defense Regular Rate # | % | Defense Complex Rate # | % | Plaintiff Regular Rate # | % | Plaintiff Complex Rate # | % | Totals All Rates # | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Tier 1 | Less Than $200 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 2 | Tier 1 | $200-$250 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 3 | Tier 1 | $251-$300 | 4 | 0.76% | 25 | 4.80% | 3 | 0.60% | 2 | 0.40% | 34 | 1.66% |
| 4 | Tier 1 | $301-$350 | 70 | 13.46% | 35 | 6.73% | 61 | 12.24% | 76 | 15.26% | 242 | 11.88% |
| 5 | Tier 1 | $351-$400 | 81 | 15.57% | 91 | 17.50% | 85 | 17.06% | 66 | 13.25% | 323 | 15.86% |
| | | Sub Totals | 155 | 29.80% | 151 | 29.03% | 149 | 29.92% | 144 | 28.91% | 599 | 29.42% |
| 6 | Tier 2 | $401-$450 | 12 | 2.30% | 49 | 9.42% | 33 | 6.62% | 45 | 9.03% | 139 | 6.82% |
| 7 | Tier 2 | $451-$500 | 15 | 2.88% | 45 | 8.65% | 39 | 7.83% | 25 | 5.02% | 124 | 6.09% |
| 8 | Tier 2 | $501-$550 | 28 | 5.38% | 44 | 8.46% | 42 | 8.43% | 33 | 6.62% | 147 | 7.22% |
| 9 | Tier 2 | $551-$600 | 98 | 18.84% | 39 | 7.50% | 39 | 7.83% | 31 | 6.22% | 207 | 10.16% |
| 10 | Tier 2 | $601-$650 | 81 | 15.57% | 51 | 9.80% | 45 | 9.03% | 25 | 5.02% | 202 | 9.92% |
| | | Sub Totals | 234 | 45.00% | 228 | 43.84% | 198 | 39.75% | 159 | 31.92% | 819 | 40.22% |
| 11 | Tier 3 | $651-$700 | 10 | 1.92% | 21 | 4.03% | 19 | 3.81% | 24 | 4.81% | 74 | 3.63% |
| 12 | Tier 3 | $701-$750 | 11 | 2.11% | 14 | 2.69% | 21 | 4.21% | 24 | 4.81% | 70 | 3.43% |
| 13 | Tier 3 | $751-$800 | 17 | 3.26% | 11 | 2.11% | 15 | 3.01% | 22 | 4.41% | 65 | 3.19% |
| 14 | Tier 3 | $801-$850 | 18 | 3.46% | 15 | 2.88% | 20 | 4.01% | 23 | 4.61% | 76 | 3.73% |
| 15 | Tier 3 | $851-$900 | 22 | 4.23% | 18 | 3.46% | 25 | 5.02% | 27 | 5.42% | 92 | 4.51% |
| | | Sub Totals | 78 | 15.00% | 79 | 15.19% | 100 | 20.08% | 120 | 24.09% | 377 | 18.51% |
| 16 | Tier 4 | $901-$950 | 17 | 3.26% | 17 | 3.26% | 12 | 2.40% | 17 | 3.41% | 63 | 3.09% |
| 17 | Tier 4 | $951-$1,000 | 12 | 2.30% | 14 | 2.69% | 10 | 2.00% | 15 | 3.01% | 51 | 2.50% |
| 18 | Tier 4 | $1,001-$1,050 | 9 | 1.73% | 11 | 2.11% | 9 | 1.80% | 14 | 2.81% | 43 | 2.11% |
| 19 | Tier 4 | $1,051-$1,100 | 8 | 1.53% | 9 | 1.73% | 10 | 2.00% | 10 | 2.00% | 37 | 1.81% |
| 20 | Tier 4 | Over $1,100 | 7 | 1.34% | 11 | 2.11% | 10 | 2.00% | 19 | 3.81% | 47 | 2.30% |
| | | Sub Totals | 53 | 10.19% | 62 | 11.92% | 51 | 10.24% | 75 | 15.06% | 241 | 11.83% |
| | | Totals | 520 | 100% | 520 | 100% | 498 | 100% | 498 | 100% | 2036 | 100% |

Copyright © 2022 NALFA. All Rights Reserved.

# 22-25 Years of Litigation Experience



22-25 Years of Experience (All Rates)

- Tier 1 (Less Than $200-$400)
- Tier 2 ($401-$650)
- Tier 3 ($651-$900)
- Tier 4 ($901-Over $1,110)

| | | | | Defense | | | | Plaintiff | | | | Totals | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Rate Tier | Rate Range | Regular Rate | | Complex Rate | | Regular Rate | | Complex Rate | | All Rates | | |
| | | | # | % | # | % | # | % | # | % | # | % |
| 1 | Tier 1 | Less Than $200 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 2 | Tier 1 | $200-$250 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 3 | Tier 1 | $251-$300 | 3 | 0.55% | 12 | 2.20% | 1 | 0.18% | 0 | 0.00% | 16 | 0.74% |
| 4 | Tier 1 | $301-$350 | 65 | 11.92% | 32 | 5.87% | 55 | 10.26% | 64 | 11.94% | 216 | 9.99% |
| 5 | Tier 1 | $351-$400 | 77 | 14.12% | 103 | 18.99% | 83 | 15.48% | 70 | 13.05% | 333 | 15.40% |
| | Sub Totals | | 145 | 26.60% | 147 | 26.97% | 139 | 25.93% | 134 | 25.00% | 565 | 26.13% |
| 6 | Tier 2 | $401-$450 | 10 | 1.83% | 40 | 7.33% | 43 | 8.02% | 28 | 5.22% | 121 | 5.59% |
| 7 | Tier 2 | $451-$500 | 12 | 2.20% | 44 | 8.07% | 42 | 7.83% | 28 | 5.22% | 126 | 5.82% |
| 8 | Tier 2 | $501-$550 | 24 | 4.40% | 46 | 8.44% | 32 | 5.97% | 31 | 5.78% | 133 | 6.15% |
| 9 | Tier 2 | $551-$600 | 90 | 16.51% | 48 | 8.80% | 40 | 7.46% | 28 | 5.22% | 206 | 9.52% |
| 10 | Tier 2 | $601-$650 | 88 | 16.14% | 45 | 8.25% | 44 | 8.20% | 28 | 5.22% | 205 | 9.48% |
| | Sub Totals | | 224 | 41.10% | 223 | 40.91% | 201 | 37.50% | 143 | 26.67% | 791 | 36.58% |
| 11 | Tier 3 | $651-$700 | 11 | 2.01% | 19 | 3.48% | 31 | 5.78% | 35 | 6.52% | 96 | 4.44% |
| 12 | Tier 3 | $701-$750 | 14 | 2.56% | 18 | 3.30% | 21 | 3.91% | 26 | 4.85% | 79 | 3.65% |
| 13 | Tier 3 | $751-$800 | 22 | 4.03% | 15 | 2.75% | 31 | 5.78% | 31 | 5.78% | 99 | 4.57% |
| 14 | Tier 3 | $801-$850 | 31 | 5.68% | 19 | 3.48% | 18 | 3.35% | 30 | 5.59% | 98 | 4.53% |
| 15 | Tier 3 | $851-$900 | 32 | 5.87% | 22 | 4.03% | 28 | 5.22% | 29 | 5.41% | 111 | 5.13% |
| | Sub Totals | | 110 | 20.18% | 93 | 17.06% | 129 | 24.06% | 151 | 28.17% | 483 | 22.34% |
| 16 | Tier 4 | $901-$950 | 18 | 3.30% | 18 | 3.30% | 12 | 2.23% | 23 | 4.29% | 71 | 3.28% |
| 17 | Tier 4 | $951-$1,000 | 15 | 2.75% | 21 | 3.85% | 13 | 2.42% | 19 | 3.54% | 68 | 3.14% |
| 18 | Tier 4 | $1,001-$1,050 | 16 | 2.93% | 17 | 3.11% | 15 | 2.79% | 22 | 4.10% | 70 | 3.23% |
| 19 | Tier 4 | $1,051-$1,100 | 10 | 1.83% | 16 | 2.93% | 13 | 2.42% | 19 | 3.54% | 58 | 2.68% |
| 20 | Tier 4 | Over $1,100 | 7 | 1.28% | 10 | 1.83% | 14 | 2.61% | 25 | 4.66% | 56 | 2.59% |
| | Sub Totals | | 66 | 12.11% | 82 | 15.04% | 67 | 12.50% | 108 | 20.14% | 323 | 14.93% |
| | Totals | | 545 | 100% | 545 | 100% | 536 | 100% | 536 | 100% | 2162 | 100% |

Copyright © 2022 NALFA, All Rights Reserved.

123

# 26-29 Years of Litigation Experience



26-29 Years of Experience (All Rates)

- Tier 1 (Less Than $200-$400)
- Tier 2 ($401-$650)
- Tier 3 ($651-$900)
- Tier 4 ($901-Over $1,110)

**26-29 Years of Litigation Experience**

| # | Rate Tier | Rate Range | Defense Regular Rate # | % | Defense Complex Rate # | % | Plaintiff Regular Rate # | % | Plaintiff Complex Rate # | % | Totals All Rates # | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Tier 1 | Less Than $200 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 2 | Tier 1 | $200-$250 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 3 | Tier 1 | $251-$300 | 2 | 0.32% | 6 | 0.98% | 0 | 0.00% | 3 | 0.00% | 11 | 0.45% |
| 4 | Tier 1 | $301-$350 | 68 | 11.18% | 64 | 10.52% | 71 | 11.58% | 42 | 6.85% | 245 | 10.03% |
| 5 | Tier 1 | $351-$400 | 80 | 13.15% | 75 | 12.33% | 76 | 12.39% | 77 | 12.56% | 308 | 12.61% |
| | | **Sub Totals** | 150 | 24.67% | 145 | 23.84% | 147 | 23.98% | 122 | 19.90% | 564 | 23.09% |
| 6 | Tier 2 | $401-$450 | 15 | 2.46% | 38 | 6.25% | 43 | 7.01% | 22 | 3.58% | 118 | 4.83% |
| 7 | Tier 2 | $451-$500 | 16 | 2.63% | 45 | 7.40% | 42 | 6.85% | 30 | 4.89% | 133 | 5.44% |
| 8 | Tier 2 | $501-$550 | 31 | 5.09% | 44 | 7.23% | 36 | 5.87% | 31 | 5.05% | 142 | 5.81% |
| 9 | Tier 2 | $551-$600 | 55 | 9.04% | 41 | 6.74% | 41 | 6.68% | 32 | 5.22% | 169 | 6.92% |
| 10 | Tier 2 | $601-$650 | 96 | 15.78% | 45 | 7.40% | 45 | 7.34% | 38 | 6.19% | 224 | 9.17% |
| | | **Sub Totals** | 213 | 35.03% | 213 | 35.03% | 207 | 33.76% | 153 | 24.95% | 786 | 32.18% |
| 11 | Tier 3 | $651-$700 | 22 | 3.61% | 21 | 3.45% | 35 | 5.70% | 34 | 5.54% | 112 | 4.58% |
| 12 | Tier 3 | $701-$750 | 31 | 5.09% | 29 | 4.76% | 33 | 5.38% | 36 | 5.87% | 129 | 5.28% |
| 13 | Tier 3 | $751-$800 | 26 | 4.27% | 21 | 3.45% | 28 | 4.56% | 42 | 6.85% | 117 | 4.79% |
| 14 | Tier 3 | $801-$850 | 30 | 4.93% | 29 | 4.76% | 33 | 5.38% | 36 | 5.87% | 128 | 5.24% |
| 15 | Tier 3 | $851-$900 | 44 | 7.23% | 28 | 4.60% | 37 | 6.03% | 36 | 5.87% | 145 | 5.93% |
| | | **Sub Totals** | 153 | 25.16% | 128 | 21.05% | 166 | 27.07% | 184 | 30.01% | 631 | 25.83% |
| 16 | Tier 4 | $901-$950 | 23 | 3.78% | 32 | 5.26% | 19 | 3.09% | 28 | 4.56% | 102 | 4.17% |
| 17 | Tier 4 | $951-$1,000 | 18 | 2.96% | 24 | 3.94% | 18 | 2.93% | 30 | 4.89% | 90 | 3.68% |
| 18 | Tier 4 | $1,001-$1,050 | 19 | 3.12% | 22 | 3.61% | 15 | 2.44% | 31 | 5.05% | 87 | 3.56% |
| 19 | Tier 4 | $1,051-$1,100 | 20 | 3.28% | 24 | 3.94% | 19 | 3.09% | 30 | 4.89% | 93 | 3.80% |
| 20 | Tier 4 | Over $1,100 | 12 | 1.97% | 20 | 3.28% | 22 | 3.59% | 35 | 5.70% | 89 | 3.64% |
| | | **Sub Totals** | 92 | 15.13% | 122 | 20.06% | 93 | 15.17% | 154 | 25.12% | 461 | 18.87% |
| | | **Totals** | 608 | 100% | 608 | 100% | 613 | 100% | 613 | 100% | 2442 | 100% |

Copyright © 2022 NALFA. All Rights Reserved.

124

# 30-33 Years of Litigation Experience

## 30-33 Years of Experience (All Rates)



Legend:
- Tier 1 (Less Than $200-$400)
- Tier 2 ($401-$650)
- Tier 3 ($651-$900)
- Tier 4 ($901-Over $1,110)

125

| # | Rate Tier | Rate Range | Defense Regular Rate # | % | Defense Complex Rate # | % | Plaintiff Regular Rate # | % | Plaintiff Complex Rate # | % | Totals All Rates # | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Tier 1 | Less Than $200 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 2 | Tier 1 | $200-$250 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 3 | Tier 1 | $251-$300 | 1 | 0.19% | 5 | 0.96% | 0 | 0.00% | 1 | 0.20% | 7 | 0.34% |
| 4 | Tier 1 | $301-$350 | 49 | 9.45% | 42 | 8.10% | 51 | 10.51% | 33 | 6.80% | 175 | 8.72% |
| 5 | Tier 1 | $351-$400 | 52 | 10.03% | 56 | 10.81% | 55 | 11.34% | 48 | 9.89% | 211 | 10.51% |
| | Sub Totals | | 102 | 19.69% | 103 | 19.88% | 106 | 21.85% | 82 | 16.90% | 393 | 19.59% |
| 6 | Tier 2 | $401-$450 | 12 | 2.31% | 35 | 6.75% | 33 | 6.80% | 11 | 2.26% | 91 | 4.53% |
| 7 | Tier 2 | $451-$500 | 21 | 4.05% | 31 | 5.98% | 22 | 4.53% | 19 | 3.91% | 93 | 4.63% |
| 8 | Tier 2 | $501-$550 | 24 | 4.63% | 28 | 5.40% | 25 | 5.15% | 16 | 3.29% | 93 | 4.63% |
| 9 | Tier 2 | $551-$600 | 58 | 11.96% | 29 | 5.59% | 31 | 6.39% | 19 | 3.91% | 137 | 6.82% |
| 10 | Tier 2 | $601-$650 | 51 | 9.84% | 33 | 6.37% | 27 | 5.56% | 22 | 4.53% | 133 | 6.63% |
| | Sub Totals | | 166 | 32.04% | 156 | 30.11% | 138 | 28.45% | 87 | 17.93% | 547 | 27.26% |
| 11 | Tier 3 | $651-$700 | 25 | 4.82% | 25 | 4.82% | 33 | 6.80% | 39 | 8.04% | 122 | 6.08% |
| 12 | Tier 3 | $701-$750 | 31 | 5.98% | 28 | 5.40% | 29 | 5.97% | 12 | 2.47% | 100 | 4.98% |
| 13 | Tier 3 | $751-$800 | 29 | 5.59% | 26 | 5.01% | 31 | 6.39% | 38 | 7.83% | 124 | 6.18% |
| 14 | Tier 3 | $801-$850 | 30 | 5.79% | 26 | 5.01% | 29 | 5.97% | 30 | 6.18% | 115 | 5.73% |
| 15 | Tier 3 | $851-$900 | 41 | 7.91% | 25 | 4.82% | 29 | 5.97% | 51 | 10.51% | 146 | 7.27% |
| | Sub Totals | | 156 | 30.11% | 130 | 25.09% | 151 | 31.13% | 170 | 35.05% | 607 | 30.25% |
| 16 | Tier 4 | $901-$950 | 25 | 4.82% | 33 | 6.37% | 19 | 3.91% | 29 | 5.97% | 106 | 5.28% |
| 17 | Tier 4 | $951-$1,000 | 17 | 3.28% | 25 | 4.82% | 21 | 4.32% | 29 | 5.97% | 92 | 4.58% |
| 18 | Tier 4 | $1,001-$1,050 | 19 | 3.66% | 27 | 5.21% | 15 | 3.09% | 30 | 6.18% | 91 | 4.53% |
| 19 | Tier 4 | $1,051-$1,100 | 18 | 3.47% | 25 | 4.82% | 18 | 3.71% | 29 | 5.97% | 90 | 4.48% |
| 20 | Tier 4 | Over $1,100 | 15 | 2.89% | 19 | 3.66% | 17 | 3.50% | 29 | 5.97% | 80 | 3.98% |
| | Sub Totals | | 94 | 18.14% | 129 | 24.90% | 90 | 18.55% | 146 | 30.10% | 459 | 22.88% |
| | Totals | | 518 | 100% | 518 | 100% | 485 | 100% | 485 | 100% | 2006 | 100% |

Copyright © 2022 NALFA. All Rights Reserved.



Years of Litigation Experience by Tier Rate System

Copyright © 2022 NALFA. All Rights Reserved.

129

# Law Offices (2-11 Attys)



Law Offices (All Rates)

- ▦ Tier 1 (Less Than $200-$400)
- ▨ Tier 2 ($401-$650)
- ▥ Tier 3 ($651-$900)
- ▧ Tier 4 ($901-Over $1,110)

| # | Rate Tier | Rate Range | Defense | | | | Plaintiffs | | | | All | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Regular Rate | | Complex Rate | | Regular Rate | | Complex Rate | | All Rates | |
| | | | # | % | # | % | # | % | # | % | # | % |
| 1 | Tier 1 | Less Than $200 | 8 | 0.53% | 7 | 0.46% | 10 | 0.54% | 8 | 0.43% | 33 | 0.49% |
| 2 | Tier 1 | $200-$250 | 20 | 1.34% | 15 | 1.00% | 12 | 0.64% | 14 | 0.75% | 61 | 0.91% |
| 3 | Tier 1 | $251-$300 | 36 | 2.41% | 31 | 2.07% | 35 | 1.89% | 42 | 2.27% | 144 | 2.15% |
| 4 | Tier 1 | $301-$350 | 44 | 2.94% | 41 | 2.74% | 51 | 2.75% | 38 | 2.05% | 174 | 2.60% |
| 5 | Tier 1 | $351-$400 | 42 | 2.81% | 52 | 3.48% | 77 | 4.16% | 77 | 41.66% | 248 | 3.71% |
| | Sub Totals | | 150 | 10.05% | 146 | 9.78% | 185 | 10.01% | 179 | 9.68% | 660 | 9.88% |
| 6 | Tier 2 | $401-$450 | 201 | 13.47% | 256 | 17.15% | 265 | 14.33% | 199 | 10.76% | 921 | 13.78% |
| 7 | Tier 2 | $451-$500 | 177 | 11.86% | 202 | 13.53% | 101 | 5.46% | 188 | 10.17% | 668 | 10.00% |
| 8 | Tier 2 | $501-$550 | 130 | 8.71% | 101 | 6.76% | 250 | 13.52% | 154 | 8.33% | 635 | 9.50% |
| 9 | Tier 2 | $551-$600 | 125 | 8.37% | 92 | 6.16% | 87 | 4.70% | 163 | 8.82% | 467 | 6.99% |
| 10 | Tier 2 | $601-$650 | 98 | 6.56% | 88 | 5.89% | 91 | 4.92% | 95 | 5.14% | 372 | 5.56% |
| | Sub Totals | | 731 | 48.99% | 739 | 49.53% | 794 | 42.96% | 799 | 43.23% | 3063 | 45.85% |
| 11 | Tier 3 | $651-$700 | 129 | 8.64% | 109 | 7.30% | 191 | 10.33% | 140 | 7.57% | 569 | 8.51% |
| 12 | Tier 3 | $701-$750 | 117 | 7.84% | 100 | 6.70% | 138 | 7.46% | 116 | 6.27% | 471 | 7.05% |
| 13 | Tier 3 | $751-$800 | 87 | 5.83% | 91 | 6.09% | 109 | 5.89% | 172 | 9.30% | 459 | 6.87% |
| 14 | Tier 3 | $801-$850 | 91 | 6.09% | 77 | 5.16% | 95 | 5.14% | 112 | 6.06% | 375 | 5.61% |
| 15 | Tier 3 | $851-$900 | 32 | 2.14% | 69 | 4.62% | 114 | 6.16% | 110 | 5.93% | 325 | 4.86% |
| | Sub Totals | | 456 | 30.56% | 446 | 29.89% | 647 | 35.01% | 650 | 35.17% | 2199 | 32.91% |
| 16 | Tier 4 | $901-$950 | 51 | 3.41% | 65 | 4.35% | 67 | 3.62% | 69 | 3.73% | 252 | 3.77% |
| 17 | Tier 4 | $951-$1000 | 56 | 3.75% | 31 | 2.07% | 33 | 1.78% | 49 | 2.65% | 169 | 2.52% |
| 18 | Tier 4 | $1001-$1050 | 22 | 1.47% | 15 | 1.00% | 56 | 3.03% | 56 | 3.03% | 149 | 2.23% |
| 19 | Tier 4 | $1051-$1100 | 11 | 0.73% | 29 | 1.94% | 33 | 1.78% | 27 | 1.46% | 100 | 1.49% |
| 20 | Tier 4 | Over $1100 | 15 | 1.00% | 21 | 1.40% | 33 | 1.78% | 19 | 1.02% | 88 | 1.31% |
| | Sub Totals | | 155 | 10.38% | 161 | 10.79% | 222 | 12.01% | 220 | 11.90% | 758 | 11.34% |
| | Totals | | 1,492 | 100% | 1,492 | 100% | 1,848 | 100% | 1,848 | 100% | 6,680 | 100% |

Copyright © 2022 NALFA. All Rights Reserved.

132

# Small Law Firms (12-49 Attys)



Small Law Firms (All Rates)

- Tier 1 (Less Than $200-$400)
- Tier 2 ($401-$650)
- Tier 3 ($651-$900)
- Tier 4 ($901-Over $1,110)

| | Rate Tier | Rate Range | Defense | | | | Plaintiffs | | | | All | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Regular Rate | | Complex Rate | | Regular Rate | | Complex Rate | | All Rates | |
| | | | # | % | # | % | # | % | # | % | # | % |
| 1 | Tier 1 | Less Than $200 | 6 | 0.39% | 4 | 0.26% | 4 | 0.26% | 3 | 0.19% | 17 | 0.27% |
| 2 | Tier 1 | $200-$250 | 15 | 0.98% | 4 | 0.26% | 9 | 0.59% | 7 | 0.45% | 35 | 0.57% |
| 3 | Tier 1 | $251-$300 | 33 | 2.15% | 33 | 2.15% | 45 | 2.95% | 49 | 3.21% | 160 | 2.62% |
| 4 | Tier 1 | $301-$350 | 41 | 2.68% | 48 | 3.14% | 68 | 4.46% | 65 | 4.26% | 222 | 3.63% |
| 5 | Tier 1 | $351-$400 | 58 | 3.79% | 59 | 3.86% | 57 | 3.74% | 57 | 3.74% | 231 | 3.78% |
| | Sub Totals | | 153 | 10.01% | 148 | 9.68% | 183 | 12.01% | 181 | 11.88% | 665 | 10.89% |
| 6 | Tier 2 | $401-$450 | 210 | 13.74% | 205 | 13.41% | 165 | 10.83% | 186 | 12.21% | 766 | 12.55% |
| 7 | Tier 2 | $451-$500 | 204 | 13.35% | 206 | 13.48% | 129 | 8.47% | 127 | 8.33% | 666 | 10.91% |
| 8 | Tier 2 | $501-$550 | 88 | 5.75% | 80 | 5.23% | 98 | 6.43% | 99 | 6.50% | 365 | 5.98% |
| 9 | Tier 2 | $551-$600 | 97 | 6.34% | 98 | 6.41% | 109 | 7.15% | 113 | 7.41% | 417 | 6.83% |
| 10 | Tier 2 | $601-$650 | 91 | 5.95% | 112 | 7.32% | 109 | 7.15% | 90 | 5.90% | 402 | 6.58% |
| | Sub Totals | | 690 | 45.15% | 701 | 45.87% | 610 | 40.05% | 615 | 40.38% | 2616 | 42.87% |
| 11 | Tier 3 | $651-$700 | 157 | 10.27% | 132 | 8.63% | 139 | 9.12% | 122 | 8.01% | 550 | 9.01% |
| 12 | Tier 3 | $701-$750 | 131 | 8.57% | 161 | 10.53% | 132 | 8.66% | 175 | 11.49% | 599 | 9.81% |
| 13 | Tier 3 | $751-$800 | 95 | 6.21% | 88 | 5.75% | 87 | 5.71% | 56 | 3.67% | 326 | 5.34% |
| 14 | Tier 3 | $801-$850 | 71 | 4.64% | 77 | 5.03% | 88 | 5.77% | 91 | 5.97% | 327 | 5.35% |
| 15 | Tier 3 | $851-$900 | 81 | 5.30% | 69 | 4.51% | 99 | 6.50% | 99 | 6.50% | 348 | 5.70% |
| | Sub Totals | | 535 | 35.01% | 527 | 34.48% | 545 | 35.78% | 543 | 35.65% | 2150 | 35.23% |
| 16 | Tier 4 | $901-$950 | 56 | 3.66% | 48 | 3.14% | 44 | 2.88% | 51 | 3.34% | 199 | 3.26% |
| 17 | Tier 4 | $951-$1000 | 21 | 1.37% | 46 | 3.01% | 36 | 2.36% | 44 | 2.88% | 147 | 2.40% |
| 18 | Tier 4 | $1001-$1050 | 27 | 1.76% | 31 | 2.02% | 31 | 2.03% | 32 | 2.10% | 121 | 1.98% |
| 19 | Tier 4 | $1051-$1100 | 28 | 1.83% | 12 | 0.78% | 43 | 2.82% | 25 | 1.64% | 108 | 1.76% |
| 20 | Tier 4 | Over $1100 | 18 | 1.17% | 15 | 0.98% | 31 | 2.03% | 32 | 2.10% | 96 | 1.57% |
| | Sub Totals | | 150 | 9.81% | 152 | 9.94% | 185 | 12.07% | 184 | 12.08% | 671 | 10.99% |
| | Totals | | 1,528 | 100% | 1,528 | 100% | 1,523 | 100% | 1,523 | 100% | 6,102 | 100% |

Copyright © 2022 NALFA. All Rights Reserved.

133

## Law Office / Firm Size by Tier Rate System



Copyright © 2022 NALFA. All Rights Reserved.

137

# As a litigator, the factor that determines my hourly rate the most is...

The Factor That Determines My Hourly Rate the Most is:

| | Associate | | Partner | | Sr. / Mgr. Partner | | All | |
|---|---|---|---|---|---|---|---|---|
| | # | % | # | % | # | % | # | % |
| Location / Geography | 937 | 20.05% | 1480 | 25.02% | 905 | 14.98% | 3322 | 19.97% |
| Years of Experience / Seniority | 707 | 15.12% | 2361 | 39.92% | 3315 | 54.88% | 6383 | 38.38% |
| Practice Area / Complexity of Case | 1168 | 24.99% | 1175 | 19.86% | 1186 | 19.63% | 3529 | 21.22% |
| Economics / Relationship with Client | 1632 | 34.92% | 608 | 10.28% | 339 | 5.61% | 2579 | 15.51% |
| Size of Law Firm / Office | 229 | 4.90% | 290 | 4.90% | 295 | 4.88% | 814 | 4.89% |
| Totals | 4673 | 100% | 5914 | 100% | 6040 | 100% | 16627 | 100% |

The Factor That Determines My Hourly Rate The Most is:

| | Defense | | Plaintiffs | | All | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| Location / Geography | 1236 | 14.82% | 1644 | 19.82% | 2880 | 17.32% |
| Years of Experience / Seniority | 2920 | 35.03% | 3150 | 37.98% | 6070 | 36.50% |
| Practice Area / Complexity of Case | 1655 | 19.85% | 2059 | 24.83% | 3714 | 22.33% |
| Economics / Relationship with Client | 2075 | 24.89% | 1024 | 12.34% | 3099 | 18.63% |
| Size of Law Firm / Office | 449 | 5.38% | 415 | 5.00% | 864 | 5.19% |
| Totals | 8335 | 100% | 8292 | 100% | 16627 | 100% |

Copyright © 2022 NALFA. All Rights Reserved.

139

**As a litigator, the factor that determines my hourly rate the most is...**

The Factor That Determines My Hourly Rate The Most Is:

| | Solo (1 Atty) | | | | Law Offices (2-11 Attys) | | | | Small Law Firms (12-49 Attys) | | | | Mid-Size Law Firms (50-99 Attys) | | | | Large Law Firms (100+ Attys) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Defense | | Plaintiffs | | Defense | | Plaintiffs | | Defense | | Plaintiffs | | Defense | | Plaintiffs | | Defense | | Plaintiffs | |
| | # | % | # | % | # | % | # | % | # | % | # | % | # | % | # | % | # | % | # | % |
| Location / Geography | 336 | 22.70% | 331 | 24.23% | 322 | 21.58% | 360 | 19.48% | 301 | 19.69% | 320 | 21.01% | 361 | 20.15% | 341 | 19.82% | 504 | 24.91% | 432 | 24.08% |
| Year of Experience / Seniority | 324 | 21.89% | 284 | 20.79% | 254 | 17.02% | 331 | 17.91% | 313 | 20.48% | 269 | 17.66% | 393 | 21.94% | 366 | 21.27% | 401 | 19.82% | 355 | 19.78% |
| Practice Area / Complexity of Case | 380 | 25.67% | 369 | 27.01% | 367 | 24.59% | 435 | 23.53% | 380 | 24.86% | 392 | 25.73% | 441 | 24.62% | 465 | 27.03% | 570 | 28.17% | 459 | 25.58% |
| Economics / Relationship with Client | 320 | 21.62% | 299 | 21.88% | 477 | 31.97% | 610 | 33.00% | 461 | 30.17% | 480 | 31.51% | 505 | 28.19% | 460 | 26.74% | 303 | 14.97% | 271 | 15.10% |
| Size of Law Firm / Office | 120 | 8.10% | 83 | 6.07% | 72 | 4.82% | 112 | 6.06% | 73 | 4.77% | 62 | 4.07% | 91 | 5.08% | 88 | 5.11% | 245 | 12.11% | 277 | 15.44% |
| Totals | 1480 | 100% | 1366 | 100% | 1492 | 100% | 1848 | 100% | 1528 | 100% | 1523 | 100% | 1791 | 100% | 1720 | 100% | 2023 | 100% | 1794 | 100% |

Copyright © 2022 NALFA. All Rights Reserved.

140

# On average, I raise my hourly rate...

**On Average, I Raise My Hourly Rate:**

|  | Defense | | Plaintiffs | | All | |
|---|---|---|---|---|---|---|
|  | # | % | # | % | # | % |
| Every Year | 1227 | 14.72% | 1231 | 14.84% | 2458 | 14.78% |
| Every 2 Years | 2088 | 25.05% | 1648 | 19.87% | 3736 | 22.46% |
| Every 3 Years | 2911 | 34.92% | 3321 | 40.05% | 6232 | 37.48% |
| Every 4 Years | 1694 | 20.32% | 1681 | 20.27% | 3375 | 20.29% |
| Every 5 Years | 415 | 4.97% | 411 | 4.95% | 826 | 4.96% |
| Totals | 8335 | 100% | 8292 | 100% | 16627 | 100% |

**On Average, I Raise My Hourly Rate:**

|  | Associate | | Partner | | Sr. / Mgr. Partner | | All | |
|---|---|---|---|---|---|---|---|---|
|  | # | % | # | % | # | % | # | % |
| Every Year | 2103 | 45.00% | 1175 | 19.86% | 755 | 12.50% | 4033 | 24.25% |
| Every 2 Years | 707 | 15.12% | 2331 | 39.41% | 777 | 12.86% | 3815 | 22.94% |
| Every 3 Years | 698 | 14.93% | 1102 | 18.63% | 1210 | 20.03% | 3010 | 18.10% |
| Every 4 Years | 580 | 12.41% | 711 | 12.02% | 2000 | 33.11% | 3291 | 19.79% |
| Every 5 Years | 585 | 12.51% | 595 | 10.06% | 1298 | 21.49% | 2478 | 14.90% |
| Totals | 4673 | 100% | 5914 | 100% | 6040 | 100% | 16627 | 100% |

Copyright © 2022 NALFA. All Rights Reserved.

141

# On average, I raise my hourly rate...

**On Average, I Raise My Hourly Rate:**

| | Solo (1 Atty) | | | | Law Offices (2-11 Attys) | | | | Small Law Firms (12-49 Attys) | | | | Mid-Size Law Firms (12-99 Attys) | | | | Large Law Firms (100+ Attys) | | | |
| | Defense | | Plaintiffs | | Defense | | Plaintiffs | | Defense | | Plaintiffs | | Defense | | Plaintiffs | | Defense | | Plaintiffs | |
| | # | % | # | % | # | % | # | % | # | % | # | % | # | % | # | % | # | % | # | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Every Year | 394 | 26.62% | 388 | 28.40% | 333 | 22.31% | 403 | 21.80% | 308 | 20.15% | 333 | 21.86% | 392 | 21.88% | 395 | 22.96% | 403 | 19.92% | 323 | 18.00% |
| Every 2 Years | 505 | 34.12% | 451 | 33.01% | 415 | 27.81% | 515 | 27.86% | 480 | 31.41% | 454 | 29.80% | 590 | 32.94% | 551 | 32.03% | 608 | 30.05% | 574 | 31.99% |
| Every 3 Years | 369 | 24.93% | 323 | 23.64% | 346 | 23.19% | 466 | 25.21% | 399 | 26.11% | 389 | 25.54% | 378 | 21.10% | 386 | 22.44% | 438 | 21.65% | 433 | 24.13% |
| Every 4 Years | 151 | 10.20% | 160 | 11.71% | 233 | 15.61% | 279 | 15.09% | 186 | 12.17% | 196 | 12.86% | 269 | 15.01% | 258 | 15.00% | 364 | 17.99% | 248 | 13.82% |
| Every 5 Years | 61 | 4.12% | 44 | 3.22% | 165 | 11.05% | 185 | 10.01% | 155 | 10.14% | 151 | 9.91% | 162 | 9.04% | 130 | 7.55% | 210 | 10.38% | 216 | 12.04% |
| Totals | 1480 | 100% | 1366 | 100% | 1492 | 100% | 1848 | 100% | 1528 | 100% | 1523 | 100% | 1791 | 100% | 1720 | 100% | 2023 | 100% | 1794 | 100% |

Copyright © 2022 NALFA. All Rights Reserved.

142