

# 2016 Real Rate Report®

## Lawyer Rate Tables



Wolters Kluwer



CEB
WHAT THE BEST COMPANIES DO

## Section 1: High-Level Data Cuts

### Partners, Associates, and Paralegals

| Role | n | First Quartile | Median | Third Quartile | 2015 | 2014 | 2013 |
|------|------|------|------|------|------|------|------|
| 2015—Real Rates | | | | | Trend Analysis (Mean) | | |
| Partner | 20,298 | $330.00 | $500.00 | $730.00 | $551.15 | $521.00 | $506.75 |
| Associate | 21,308 | $243.00 | $344.00 | $495.32 | $386.26 | $365.08 | $354.78 |
| Paralegal | 9,846 | $113.99 | $165.45 | $230.00 | $178.42 | $169.91 | $166.75 |

wkelmsolutions.com
cebglobal.com

# Section 4 High-Level Data Cuts

## Cities

### 2015—Real Rates for Partners and Associates

Trend Analysis (Mean)

| City | Role | n | First Quartile | Median | Third Quartile | 2015 | 2014 | 2013 |
|---|---|---|---|---|---|---|---|---|
|  | Partner | 14 | $200.00 | $296.88 | $355.00 | $295.37 | $295.78 | $291.51 |
|  | Associate | 7 | $150.00 | $150.00 | $200.00 | $172.14 | $180.71 | $166.84 |
|  | Partner | 145 | $285.00 | $375.00 | $445.00 | $366.95 | $354.85 | $347.60 |
|  | Associate | 131 | $184.36 | $212.00 | $250.00 | $221.64 | $203.32 | $208.42 |
|  | Partner | 22 | $300.00 | $384.63 | $440.00 | $373.53 | $368.70 | $333.38 |
|  | Associate | 19 | $235.00 | $255.00 | $298.58 | $263.69 | $295.09 | $290.56 |
|  | Partner | 127 | $220.00 | $288.75 | $350.00 | $289.96 | $277.46 | $280.67 |
|  | Associate | 110 | $160.00 | $200.00 | $225.75 | $201.32 | $211.73 | $201.95 |
|  | Partner | 3,248 | $535.00 | $795.00 | $1,025.00 | $778.69 | $737.38 | $714.49 |
|  | Associate | 4,695 | $356.40 | $508.00 | $675.00 | $516.93 | $482.64 | $469.90 |
|  | Partner | 57 | $200.00 | $280.53 | $335.00 | $277.55 | $264.38 | $271.90 |
|  | Associate | 46 | $167.00 | $185.00 | $205.00 | $184.09 | $177.51 | $184.73 |
|  | Partner | 63 | $249.10 | $300.00 | $361.87 | $299.26 | $262.99 | $264.27 |
|  | Associate | 35 | $165.00 | $189.00 | $214.23 | $191.53 | $190.82 | $180.19 |
|  | Partner | 97 | $290.00 | $370.00 | $495.24 | $407.19 | $367.95 | $342.25 |
|  | Associate | 104 | $220.00 | $250.00 | $299.82 | $269.96 | $246.88 | $240.85 |
|  | Partner | 991 | $375.05 | $530.88 | $682.69 | $537.03 | $510.00 | $495.19 |
|  | Associate | 1,224 | $250.00 | $315.18 | $405.00 | $332.63 | $312.58 | $313.21 |
|  | Partner | 214 | $279.00 | $360.32 | $450.00 | $374.93 | $358.53 | $361.59 |
|  | Associate | 141 | $202.00 | $242.47 | $286.25 | $247.19 | $247.78 | $247.42 |
|  | Partner | 254 | $350.00 | $495.00 | $580.28 | $478.90 | $469.58 | $442.88 |
|  | Associate | 368 | $241.13 | $304.76 | $356.14 | $307.04 | $291.95 | $286.82 |
|  | Partner | 56 | $204.04 | $310.00 | $355.00 | $307.48 | $288.22 | $283.88 |
|  | Associate | 24 | $180.00 | $192.50 | $227.17 | $207.27 | $204.04 | $206.50 |
|  | Partner | 171 | $307.00 | $374.93 | $434.25 | $376.55 | $374.28 | $363.08 |
|  | Associate | 188 | $219.50 | $250.00 | $301.12 | $258.87 | $253.55 | $246.88 |
|  | Partner | 29 | $185.00 | $285.00 | $340.00 | $305.35 | $313.92 | $324.23 |
|  | Associate | 30 | $145.00 | $195.00 | $235.00 | $197.26 | $190.91 | $190.41 |
|  | Partner | 72 | $267.50 | $350.37 | $435.75 | $361.57 | $343.27 | $342.61 |
|  | Associate | 39 | $195.00 | $250.00 | $290.00 | $249.79 | $231.14 | $228.97 |
|  | Partner | 13 | $300.00 | $350.00 | $388.26 | $348.88 | $350.32 | $343.49 |
|  | Associate | 10 | $185.00 | $257.50 | $350.00 | $270.00 | $261.78 | $251.25 |
|  | Partner | 153 | $300.00 | $450.00 | $615.00 | $466.19 | $441.54 | $422.53 |
|  | Associate | 189 | $250.00 | $309.93 | $355.00 | $315.62 | $300.17 | $288.12 |
|  | Partner | 22 | $290.00 | $298.98 | $300.00 | $305.35 | $275.86 | $261.11 |
|  | Associate | 7 | $220.00 | $280.00 | $300.00 | $266.81 | $236.98 | $220.16 |

wkelmsolutions.com
cebglobal.com

## High-Level Data Cuts

### Cities

**2015—Real Rates for Partners and Associates**                                                    Trend Analysis (Mean)

| City | Role | n | First Quartile | Median | Third Quartile | 2015 | 2014 | 2013 |
|------|------|---|----------------|--------|----------------|------|------|------|
| | Partner | 19 | $250.00 | $340.00 | $411.00 | $348.50 | $347.57 | $341.01 |
| | Associate | 17 | $175.00 | $205.00 | $226.64 | $227.23 | $218.02 | $203.18 |
| | Partner | 2,277 | $584.53 | $705.00 | $830.49 | $713.87 | $679.77 | $661.84 |
| | Associate | 2,151 | $336.10 | $425.00 | $535.00 | $448.34 | $427.05 | $413.21 |
| | Partner | 17 | $300.00 | $395.00 | $480.00 | $380.59 | $334.66 | $327.45 |
| | Associate | 12 | $185.87 | $232.50 | $282.50 | $255.98 | $272.17 | $267.15 |
| | Partner | 18 | $248.00 | $248.00 | $335.75 | $287.41 | $297.81 | $280.26 |
| | Associate | 7 | $133.24 | $145.00 | $195.00 | $162.40 | $145.29 | n/a |

wkelmsolutions.com
cebglobal.com

# Section I: High-Level Data Cuts

## Cities
By Matter Type

### 2015—Real Rates for Partners and Associates

Trend Analysis (Mean)

| City | Matter Type | Role | n | First Quartile | Median | Third Quartile | 2015 | 2014 | 2013 |
|------|-------------|------|---|----------------|--------|----------------|------|------|------|
|  | Litigation | Partner | 41 | $200.00 | $295.00 | $375.00 | $297.99 | $309.41 | $293.88 |
|  |  | Associate | 18 | $185.00 | $194.76 | $225.00 | $200.89 | $217.24 | $205.91 |
|  | Non-Litigation | Partner | 32 | $267.50 | $331.25 | $376.35 | $326.21 | $323.90 | $303.83 |
|  |  | Associate | 20 | $180.00 | $210.00 | $219.83 | $197.07 | $195.53 | $202.36 |
|  | Litigation | Partner | 248 | $250.00 | $350.00 | $475.00 | $377.78 | $373.44 | $374.11 |
|  |  | Associate | 219 | $190.00 | $255.00 | $329.00 | $282.25 | $260.60 | $267.53 |
|  | Non-Litigation | Partner | 190 | $350.00 | $450.00 | $590.00 | $482.49 | $444.08 | $429.07 |
|  |  | Associate | 136 | $212.41 | $272.50 | $350.00 | $295.49 | $272.94 | $286.35 |
|  | Litigation | Partner | 70 | $240.00 | $310.00 | $380.00 | $323.03 | $316.67 | $330.51 |
|  |  | Associate | 62 | $215.00 | $250.00 | $275.23 | $250.99 | $233.36 | $226.51 |
|  | Non-Litigation | Partner | 103 | $325.00 | $450.00 | $475.00 | $417.59 | $396.65 | $395.87 |
|  |  | Associate | 63 | $225.00 | $260.00 | $278.00 | $261.73 | $253.78 | $246.45 |
|  | Litigation | Partner | 180 | $250.02 | $375.00 | $507.50 | $391.96 | $376.57 | $369.52 |
|  |  | Associate | 186 | $200.00 | $259.27 | $333.47 | $264.01 | $258.95 | $251.30 |
|  | Non-Litigation | Partner | 202 | $350.00 | $450.00 | $535.00 | $452.51 | $405.25 | $392.60 |
|  |  | Associate | 206 | $240.00 | $280.00 | $347.63 | $335.87 | $288.17 | $291.59 |
|  | Litigation | Partner | 56 | $256.96 | $327.50 | $422.50 | $339.98 | $346.63 | $342.12 |
|  |  | Associate | 57 | $192.08 | $210.00 | $248.36 | $221.80 | $215.67 | $210.36 |
|  | Non-Litigation | Partner | 106 | $315.00 | $394.19 | $445.76 | $380.38 | $367.26 | $356.58 |
|  |  | Associate | 94 | $182.47 | $215.00 | $248.76 | $220.65 | $199.39 | $207.87 |
|  | Litigation | Partner | 10 | $340.00 | $382.87 | $449.69 | $376.92 | $362.47 | $327.65 |
|  |  | Associate | n/a | n/a | n/a | n/a | n/a | $351.06 | $377.64 |
|  | Non-Litigation | Partner | 16 | $320.00 | $377.50 | $420.00 | $380.34 | $390.98 | $346.29 |
|  |  | Associate | 15 | $235.00 | $262.07 | $296.40 | $264.44 | $251.41 | $302.54 |
|  | Litigation | Partner | 102 | $200.00 | $276.98 | $330.00 | $278.92 | $262.75 | $258.57 |
|  |  | Associate | 89 | $160.00 | $200.00 | $225.75 | $200.79 | $208.14 | $197.87 |
|  | Non-Litigation | Partner | 44 | $250.00 | $300.00 | $350.00 | $305.66 | $304.27 | $314.46 |
|  |  | Associate | 34 | $160.00 | $195.00 | $225.00 | $198.11 | $217.29 | $212.29 |
|  | Litigation | Partner | 1,312 | $400.00 | $635.00 | $860.00 | $642.06 | $616.16 | $611.67 |
|  |  | Associate | 1,591 | $275.00 | $395.00 | $559.06 | $426.44 | $409.65 | $404.00 |
|  | Non-Litigation | Partner | 2,411 | $639.00 | $864.18 | $1,072.91 | $845.43 | $809.50 | $783.87 |
|  |  | Associate | 3,545 | $405.00 | $540.00 | $704.00 | $552.31 | $516.41 | $507.82 |
|  | Litigation | Partner | 39 | $200.00 | $265.50 | $330.00 | $275.97 | $261.51 | $269.47 |
|  |  | Associate | 33 | $150.00 | $175.00 | $205.00 | $178.34 | $169.05 | $173.22 |
|  | Non-Litigation | Partner | 25 | $200.00 | $280.38 | $340.00 | $281.91 | $266.91 | $272.28 |
|  |  | Associate | 17 | $175.00 | $190.00 | $200.00 | $196.06 | $191.93 | $200.24 |

wkelmsolutions.com
cebglobal.com

# Section 1: High-Level Data Cuts

## Cities
### By Matter Type

**2015—Real Rates for Partners and Associates**       Trend Analysis (Mean)

| City | Matter Type | Role | n | First Quartile | Median | Third Quartile | 2015 | 2014 | 2015 |
|------|-------------|------|---|----------------|--------|----------------|------|------|------|
| ... | Litigation | Partner | 14 | $221.00 | $277.50 | $316.00 | $266.41 | $272.31 | $283.11 |
| | | Associate | n/a | n/a | n/a | n/a | n/a | $180.98 | n/a |
| | Non-Litigation | Partner | 13 | $270.00 | $315.00 | $340.00 | $308.12 | $280.91 | $269.43 |
| | | Associate | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| ... | Litigation | Partner | 14 | $300.00 | $340.00 | $400.00 | $357.49 | $331.93 | $337.72 |
| | | Associate | 14 | $175.00 | $212.50 | $306.64 | $232.71 | n/a | $222.38 |
| | Non-Litigation | Partner | 12 | $275.00 | $345.00 | $448.50 | $369.78 | $341.75 | $332.73 |
| | | Associate | n/a | n/a | n/a | n/a | n/a | $194.36 | $187.27 |
| ... | Litigation | Partner | 1,020 | $589.60 | $702.63 | $828.75 | $702.34 | $675.27 | $656.66 |
| | | Associate | 893 | $340.00 | $430.00 | $535.00 | $446.91 | $433.68 | $414.84 |
| | Non-Litigation | Partner | 1,760 | $584.54 | $705.00 | $838.72 | $719.96 | $684.71 | $667.68 |
| | | Associate | 1,579 | $331.81 | $425.00 | $535.05 | $449.37 | $424.14 | $413.15 |
| ... | Litigation | Partner | 9 | $325.00 | $395.00 | $490.00 | $397.00 | $333.96 | $319.79 |
| | | Associate | 7 | $185.00 | $212.00 | $247.50 | $223.03 | $255.59 | $248.75 |
| | Non-Litigation | Partner | 9 | $300.00 | $395.00 | $435.00 | $365.78 | $335.58 | $389.22 |
| | | Associate | n/a | n/a | n/a | n/a | n/a | $317.52 | $329.25 |

wkelmsolutions.com
cebglobal.com

# Section I: High-Level Data Cuts

## Cities
By Years of Experience

### 2015—Real Rates for Partners

Trend Analysis (Mean)

| City | Years of Experience | n | First Quartile | Median | Third Quartile | 2015 | 2014 | 2013 |
|---|---|---|---|---|---|---|---|---|
| | Fewer Than 21 Years | 8 | $210.00 | $250.48 | $292.49 | $242.62 | $245.51 | $224.24 |
| | 21 or More Years | 15 | $201.62 | $250.00 | $300.00 | $269.96 | $252.76 | $263.74 |
| | Fewer Than 21 Years | 53 | $230.00 | $303.95 | $375.00 | $304.54 | $312.57 | $298.08 |
| | 21 or More Years | 33 | $225.00 | $350.00 | $510.00 | $383.35 | $428.06 | $449.15 |
| | Fewer Than 21 Years | 12 | $290.00 | $307.50 | $360.78 | $324.35 | $308.82 | $288.22 |
| | 21 or More Years | 15 | $295.00 | $334.82 | $390.00 | $345.86 | $337.54 | $348.00 |
| | Fewer Than 21 Years | 20 | $215.00 | $230.00 | $255.00 | $234.76 | $236.72 | $221.57 |
| | 21 or More Years | 23 | $235.00 | $300.00 | $315.00 | $287.39 | $277.08 | $255.81 |
| | Fewer Than 21 Years | 403 | $392.86 | $539.97 | $760.00 | $576.41 | $533.91 | $532.52 |
| | 21 or More Years | 558 | $411.76 | $645.83 | $875.00 | $661.19 | $614.93 | $611.72 |
| | Fewer Than 21 Years | 20 | $210.00 | $295.96 | $335.00 | $284.36 | $276.53 | $276.64 |
| | 21 or More Years | 40 | $315.50 | $382.50 | $425.00 | $362.49 | $340.56 | $361.70 |
| | Fewer Than 21 Years | 17 | $345.00 | $408.34 | $495.00 | $425.85 | $325.13 | $309.28 |
| | 21 or More Years | 8 | $285.00 | $422.50 | $507.50 | $403.91 | $313.52 | $267.15 |
| | Fewer Than 21 Years | 23 | $225.00 | $286.03 | $298.12 | $257.34 | $258.89 | $264.54 |
| | 21 or More Years | 35 | $295.00 | $365.57 | $410.00 | $344.30 | $343.04 | $318.03 |
| | Fewer Than 21 Years | 118 | $250.00 | $347.01 | $445.00 | $357.75 | $351.89 | $357.13 |
| | 21 or More Years | 221 | $322.00 | $440.00 | $562.50 | $449.83 | $443.14 | $429.18 |
| | Fewer Than 21 Years | 45 | $260.00 | $345.00 | $425.00 | $373.13 | $355.72 | $367.55 |
| | 21 or More Years | 74 | $315.00 | $377.50 | $515.00 | $414.64 | $386.43 | $383.51 |
| | Fewer Than 21 Years | 116 | $293.68 | $383.63 | $465.35 | $388.77 | $358.48 | $356.19 |
| | 21 or More Years | 155 | $319.76 | $474.52 | $561.30 | $449.75 | $440.21 | $413.85 |
| | Fewer Than 21 Years | 7 | $180.00 | $220.00 | $289.00 | $244.24 | $264.55 | $240.17 |
| | 21 or More Years | 9 | $220.00 | $275.00 | $285.00 | $273.82 | $265.02 | $288.64 |
| | Fewer Than 21 Years | 53 | $270.00 | $331.50 | $395.00 | $328.79 | $326.44 | $320.46 |
| | 21 or More Years | 69 | $285.00 | $407.86 | $452.81 | $380.68 | $372.14 | $356.08 |
| | Fewer Than 21 Years | 10 | $340.00 | $377.50 | $449.09 | $366.12 | $340.59 | $346.42 |
| | 21 or More Years | 10 | $300.00 | $384.63 | $415.00 | $382.44 | $384.42 | $338.82 |
| | Fewer Than 21 Years | 43 | $205.00 | $275.00 | $300.00 | $271.46 | $252.60 | $254.93 |
| | 21 or More Years | 73 | $220.00 | $309.81 | $350.00 | $301.22 | $292.85 | $297.49 |
| | Fewer Than 21 Years | 1,074 | $568.86 | $761.71 | $950.00 | $757.61 | $717.35 | $685.01 |
| | 21 or More Years | 1,761 | $525.00 | $804.92 | $1,044.67 | $787.29 | $750.05 | $730.57 |
| | Fewer Than 21 Years | 19 | $200.00 | $265.50 | $315.00 | $256.76 | $248.47 | $257.92 |
| | 21 or More Years | 34 | $200.00 | $310.00 | $350.00 | $296.32 | $283.25 | $280.23 |
| | Fewer Than 21 Years | 29 | $249.10 | $275.00 | $325.78 | $280.90 | $250.28 | $250.05 |
| | 21 or More Years | 31 | $235.00 | $330.00 | $380.00 | $315.88 | $273.91 | $274.30 |

wkelmsolutions.com
cebglobal.com

Section 4 **High-Level Data Cuts**

## Cities
By Years of Experience

2015—Real Rates for Partners                                           Trend Analysis (Mean)

| City | Years of Experience | n | First Quartile | Median | Third Quartile | 2015 | 2014 | 2013 |
|---|---|---|---|---|---|---|---|---|
| | Fewer Than 21 Years | 111 | $315.00 | $377.06 | $450.00 | $395.91 | $371.97 | $378.90 |
| | 21 or More Years | 195 | $399.98 | $461.24 | $526.01 | $463.91 | $448.14 | $428.63 |
| | Fewer Than 21 Years | 95 | $259.26 | $335.00 | $402.99 | $331.87 | $337.43 | $327.93 |
| | 21 or More Years | 116 | $317.50 | $414.39 | $480.00 | $394.69 | $388.18 | $375.80 |
| | Fewer Than 21 Years | 18 | $195.00 | $218.56 | $275.00 | $234.19 | $233.04 | $233.89 |
| | 21 or More Years | 27 | $238.77 | $277.70 | $365.00 | $288.67 | $289.92 | $282.20 |
| | Fewer Than 21 Years | 12 | $247.50 | $314.72 | $442.50 | $340.71 | $312.78 | $380.72 |
| | 21 or More Years | 22 | $400.00 | $450.00 | $550.00 | $522.51 | $441.55 | $454.36 |
| | Fewer Than 21 Years | 47 | $266.54 | $335.00 | $400.00 | $329.12 | $327.07 | $319.53 |
| | 21 or More Years | 64 | $275.00 | $413.64 | $501.00 | $415.69 | $383.07 | $393.17 |
| | Fewer Than 21 Years | 15 | $420.00 | $500.00 | $510.00 | $470.12 | $424.43 | $413.83 |
| | 21 or More Years | 33 | $400.00 | $467.00 | $613.44 | $496.40 | $471.66 | $456.42 |
| | Fewer Than 21 Years | n/a | n/a | n/a | n/a | n/a | n/a | $227.86 |
| | 21 or More Years | 21 | $270.00 | $293.00 | $338.00 | $292.64 | $288.81 | $292.41 |
| | Fewer Than 21 Years | 791 | $549.05 | $657.24 | $760.75 | $661.83 | $631.81 | $615.59 |
| | 21 or More Years | 1,166 | $610.00 | $738.69 | $865.72 | $743.83 | $709.92 | $693.75 |
| | Fewer Than 21 Years | 7 | $185.00 | $300.00 | $435.00 | $318.86 | $311.58 | $297.95 |
| | 21 or More Years | 10 | $350.00 | $397.50 | $490.00 | $423.80 | $359.84 | $361.87 |

wkelmsolutions.com
cebglobal.com

# Section 1: High-Level Data Cuts

## Cities

By Years of Experience

### 2015—Real Rates for Associates

Trend Analysis (Mean)

| City | Years of Experience | n | First Quartile | Median | Third Quartile | 2015 | 2014 | 2013 |
|---|---|---|---|---|---|---|---|---|
| | Fewer Than 3 Years | 18 | $180.71 | $197.48 | $210.00 | $196.26 | $184.69 | $178.58 |
| | 3 to Fewer Than 7 Years | 38 | $200.00 | $215.00 | $248.36 | $222.76 | $215.41 | $212.41 |
| | 7 and More Years | 31 | $200.00 | $250.00 | $280.00 | $248.15 | $237.89 | $226.23 |
| | Fewer Than 3 Years | 13 | $150.00 | $160.00 | $225.71 | $181.09 | $192.44 | $188.68 |
| | 3 to Fewer Than 7 Years | 38 | $160.00 | $187.50 | $227.94 | $195.98 | $212.69 | $215.83 |
| | 7 and More Years | 29 | $175.00 | $225.00 | $225.75 | $220.21 | $237.46 | $208.48 |
| | Fewer Than 3 Years | 497 | $340.73 | $442.89 | $542.57 | $446.51 | $414.29 | $414.26 |
| | 3 to Fewer Than 7 Years | 1,072 | $425.00 | $598.09 | $725.00 | $573.16 | $539.19 | $517.42 |
| | 7 and More Years | 990 | $359.00 | $574.77 | $750.00 | $561.46 | $534.93 | $515.81 |
| | Fewer Than 3 Years | 9 | $175.00 | $195.00 | $200.00 | $190.22 | $178.79 | $178.10 |
| | 3 to Fewer Than 7 Years | 15 | $171.00 | $190.00 | $202.43 | $188.68 | $189.01 | $199.37 |
| | 7 and More Years | 9 | $175.00 | $185.00 | $245.00 | $205.94 | $190.97 | $207.88 |
| | Fewer Than 3 Years | n/a | n/a | n/a | n/a | n/a | $180.71 | $160.99 |
| | 3 to Fewer Than 7 Years | 18 | $175.00 | $194.25 | $214.23 | $194.04 | $193.84 | $188.39 |
| | 7 and More Years | n/a | n/a | n/a | n/a | n/a | $209.84 | $193.01 |
| | Fewer Than 3 Years | 10 | $175.00 | $217.01 | $230.00 | $213.76 | $210.12 | $187.39 |
| | 3 to Fewer Than 7 Years | 18 | $245.00 | $259.19 | $295.00 | $265.67 | $244.50 | $232.82 |
| | 7 and More Years | 29 | $211.11 | $257.93 | $291.90 | $258.53 | $219.44 | $233.97 |
| | Fewer Than 3 Years | 170 | $256.62 | $297.00 | $334.40 | $308.47 | $297.70 | $284.82 |
| | 3 to Fewer Than 7 Years | 240 | $266.92 | $315.00 | $396.00 | $337.59 | $321.95 | $319.31 |
| | 7 and More Years | 324 | $256.00 | $350.08 | $440.00 | $360.15 | $339.80 | $343.35 |
| | Fewer Than 3 Years | 18 | $180.17 | $210.00 | $250.00 | $220.74 | $204.26 | $202.74 |
| | 3 to Fewer Than 7 Years | 31 | $205.39 | $235.00 | $280.00 | $243.76 | $259.12 | $254.73 |
| | 7 and More Years | 57 | $220.95 | $260.00 | $321.20 | $268.05 | $259.67 | $261.60 |
| | Fewer Than 3 Years | 24 | $208.75 | $267.61 | $305.99 | $265.94 | $250.39 | $247.63 |
| | 3 to Fewer Than 7 Years | 63 | $250.00 | $325.00 | $350.00 | $304.29 | $275.77 | $286.39 |
| | 7 and More Years | 61 | $210.00 | $325.00 | $396.57 | $310.57 | $301.06 | $300.60 |
| | Fewer Than 3 Years | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| | 3 to Fewer Than 7 Years | 8 | $145.00 | $175.00 | $227.38 | $190.60 | $218.77 | $207.47 |
| | 7 and More Years | 8 | $180.00 | $182.50 | $259.50 | $214.47 | $208.56 | $227.17 |
| | Fewer Than 3 Years | 39 | $199.75 | $224.00 | $237.00 | $221.77 | $217.60 | $218.87 |
| | 3 to Fewer Than 7 Years | 47 | $235.13 | $269.10 | $300.00 | $267.98 | $271.03 | $255.70 |
| | 7 and More Years | 52 | $260.00 | $302.58 | $328.09 | $291.31 | $286.65 | $265.20 |
| | Fewer Than 3 Years | n/a | n/a | n/a | n/a | n/a | n/a | $201.76 |
| | 3 to Fewer Than 7 Years | 10 | $240.00 | $257.88 | $286.20 | $275.20 | $215.81 | $223.89 |
| | 7 and More Years | 15 | $220.00 | $280.88 | $294.01 | $263.94 | $279.98 | $271.65 |

wkelmsolutions.com
cebglobal.com

# Section I: High-Level Data Cuts

## Cities
By Years of Experience

### 2015—Real Rates for Associates

Trend Analysis (Mean)

| City | Years of Experience | n | First Quartile | Median | Third Quartile | 2015 | 2014 | 2013 |
|---|---|---|---|---|---|---|---|---|
| | Fewer Than 3 Years | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| | 3 to Fewer Than 7 Years | 12 | $308.04 | $353.12 | $382.50 | $340.33 | $287.14 | $250.99 |
| | 7 and More Years | 16 | $262.50 | $388.52 | $475.13 | $360.17 | $333.01 | $332.16 |
| | Fewer Than 3 Years | 198 | $295.00 | $350.00 | $420.00 | $362.81 | $359.02 | $359.42 |
| | 3 to Fewer Than 7 Years | 515 | $380.00 | $462.94 | $573.75 | $479.99 | $456.12 | $431.91 |
| | 7 and More Years | 519 | $375.00 | $485.23 | $596.75 | $501.49 | $491.57 | $479.85 |

wkelmsolutions.com
cebglobal.com

# Summary Reference Cards for Select US Cities

## Minneapolis, MN (2015):

| Total Hours Billed: | 94,600 | Total Law Firms: | 76 |
|---|---|---|---|
| Total Fees Firms: | $29,518,600 | Total Lawyers: | 672 |

|  | % of Hrs | Mean Real Rate | '13 | '14 | '15 |
|---|---|---|---|---|---|
| Partners | 38% | $420 | 2% | 2% | 3% |
| Associates | 52% | $282 | 11% | 2% | 5% |
| Paralegals | 10% | $161 | 2% | 2% | 4% |
| 50 or Fewer | 57% | $293 | 10% | -1% | 4% |
| 51 to 200 | 12% | $323 | 3% | 3% | 3% |
| 201 to 500 | 4% | $450 | 4% | 1% | 3% |
| 501 to 1,000 | 26% | $398 | 6% | 6% | 5% |
| More Than 1,000 | 0% | n/a | n/a | n/a | n/a |
| Patents, Non-Litigation | 32% | $427 | 8% | 5% | 6% |
| Corporate, Litigation | 19% | $315 | 5% | 3% | 4% |
| Commercial, Litigation | 9% | $378 | 2% | 6% | 3% |
| Product and Product Liability, Litigation | 6% | $325 | 2% | 4% | 2% |
| Intellectual Property, Non-Litigation | 4% | $358 | 12% | -1% | 2% |

*n* = 19 to 343.

## New Orleans, LA (2015):

| Total Hours Billed: | 56,914 | Total Law Firms: | 45 |
|---|---|---|---|
| Total Fees Billed: | $11,813,071 | Total Lawyers: | 237 |

|  | % of Hrs | Mean Real Rate | '13 | '14 | '15 |
|---|---|---|---|---|---|
| Partners | 39% | $290 | 2% | 3% | 2% |
| Associates | 25% | $201 | 3% | 4% | 1% |
| Paralegals | 36% | $106 | 0% | -1% | 5% |
| 50 or Fewer | 71% | $229 | 3% | 1% | 1% |
| 51 to 200 | 14% | $226 | 1% | 3% | 3% |
| 201 to 500 | 12% | $320 | 3% | 3% | 0% |
| 501 to 1,000 | 2% | $341 | 1% | 11% | 3% |
| More Than 1,000 | 0% | n/a | n/a | n/a | n/a |
| Commercial Transactions, Litigation | 4% | $251 | 6% | 1% | 0% |

*n* = 12 to 127.

## New York, NY (2015):

| Total Hours Billed: | 1,178,693 | Total Law Firms: | 415 |
|---|---|---|---|
| Total Fees Billed: | $672,336,842 | Total Lawyers: | 7,943 |

|  | % of Hrs | Mean Real Rate | '13 | '14 | '15 |
|---|---|---|---|---|---|
| Partners | 31% | $779 | 2% | 4% | 5% |
| Associates | 57% | $517 | 8% | 10% | 11% |
| Paralegals | 12% | $219 | 4% | 6% | 7% |
| 50 or Fewer | 11% | $352 | 3% | 2% | 4% |
| 51 to 200 | 8% | $396 | 3% | 6% | 3% |
| 201 to 500 | 13% | $576 | 4% | 5% | 5% |
| 501 to 1,000 | 38% | $699 | 7% | 11% | 10% |
| More Than 1,000 | 29% | $719 | 6% | 7% | 9% |
| M&A, Non-Litigation | 11% | $759 | 4% | 12% | 12% |
| Corporate, Non-Litigation | 9% | $720 | 4% | 7% | 6% |
| Corporate, Litigation | 8% | $554 | 4% | 3% | 4% |
| Investments and Other Fin. Instruments, Non-Litigation | 7% | $750 | 4% | 11% | 13% |
| Patents, Litigation | 5% | $577 | 7% | 7% | 5% |

*n* = 128 to 4,695.

## Philadelphia, PA (2015):

| Total Hours Billed: | 300,537 | Total Law Firms: | 156 |
|---|---|---|---|
| Total Fees Firms: | $116,389,757 | Total Lawyers: | 2,215 |

|  | % of Hrs | Mean Real Rate | '13 | '14 | '15 |
|---|---|---|---|---|---|
| Partners | 40% | $537 | 3% | 3% | 3% |
| Associates | 51% | $333 | 5% | 4% | 6% |
| Paralegals | 9% | $175 | 2% | 1% | 3% |
| 50 or Fewer | 21% | $280 | 2% | 2% | 2% |
| 51 to 200 | 18% | $363 | 6% | 2% | 5% |
| 201 to 500 | 15% | $399 | 2% | 4% | 3% |
| 501 to 1,000 | 16% | $510 | 5% | 4% | 6% |
| More Than 1,000 | 30% | $507 | 4% | 4% | 6% |
| M&A, Non-Litigation | 9% | $485 | 6% | 2% | 3% |
| Corporate, Non-Litigation | 6% | $497 | 7% | 5% | 7% |
| Patents, Litigation | 6% | $481 | 2% | 4% | 2% |
| Asbestos Mesothelioma, Litigation | 6% | $223 | 1% | 0% | 1% |
| General Liability, Litigation | 6% | $392 | 1% | 2% | 2% |

*n* = 27 to 1,224.

wkelmsolutions.com
cebglobal.com

# Section V: Summary Reference Cards for Select US Cities

**Washington, DC (2015):**

| | | |
|---|---|---|
| Total Hours Billed: | 632,219 | Total Law Firms: 273 |
| Total Fees Billed: | $343,344,852 | Total Lawyers: 4,428 |

| | % of Firms | Mean Real Rate | % Rate Change '13 | '14 | '15 |
|---|---|---|---|---|---|
| Partners | 45% | $714 | 3% | 3% | 4% |
| Associates | 47% | $448 | 7% | 8% | 8% |
| Paralegals | 8% | $220 | 6% | 3% | 6% |
| 50 or Fewer | 9% | $432 | 2% | 3% | 3% |
| 51 to 200 | 11% | $477 | 5% | 3% | 6% |
| 201 to 500 | 17% | $547 | 5% | 6% | 5% |
| 501 to 1,000 | 34% | $618 | 4% | 6% | 6% |
| More Than 1,000 | 29% | $640 | 6% | 6% | 6% |
| Patents, Non-Litigation | 16% | $473 | 5% | 5% | 5% |
| Regulatory and Compliance, Non-Litigation | 10% | $595 | 4% | 5% | 5% |
| Corporate, Non-Litigation | 8% | $627 | 5% | 3% | 6% |
| Patents, Litigation | 7% | $617 | 0% | 9% | 5% |
| M&A, Non-Litigation | 7% | $655 | 4% | 5% | 7% |

*n* = 131 to 2,151

wkelmsolutions.com
cebglobal.com



# 2020 Real Rate Report®

## The Industry's Leading Analysis of Law Firm Rates, Trends, and Practices



Wolters Kluwer

When you have to be right

# Section I: High-Level Data Cuts

## Partners, Associates, and Paralegals
By Role

**2019 -- Real Rates**

Trend Analysis (Mean)

| Role | n | First Quartile | Median | Third Quartile | 2019 | 2018 | 2017 |
|------|------|------|------|------|------|------|------|
| Partner | 14142 | $400 | $610 | $894 | $680 | $659 | $630 |
| Associate | 14341 | $295 | $425 | $615 | $479 | $462 | $439 |
| Paralegal | 6431 | $150 | $213 | $289 | $225 | $211 | $201 |

# Section I: High-Level Data Cuts

## Cities

**2019 -- Real Rates for Partners and Associates**   Trend Analysis (Mean)

| City | Role | n | First Quartile | Median | Third Quartile | 2019 | 2018 | 2017 |
|------|------|---|----------------|--------|----------------|------|------|------|
|  |  | 15 | $230 | $250 | $335 | $318 | $256 | $263 |
|  |  | 12 | $185 | $200 | $224 | $204 | $210 | $210 |
|  |  | 14 | $150 | $150 | $205 | $184 | $195 | $217 |
|  |  | 42 | $300 | $400 | $575 | $438 | $444 | $410 |
|  |  | 45 | $250 | $278 | $324 | $281 | $279 | $264 |
|  |  | 15 | $295 | $325 | $371 | $333 | $319 | $313 |
|  |  | 24 | $215 | $238 | $261 | $261 | $281 | $263 |
|  |  | 902 | $482 | $740 | $1,015 | $767 | $730 | $704 |
|  |  | 1311 | $395 | $576 | $770 | $591 | $559 | $540 |
|  |  | 21 | $322 | $350 | $418 | $369 | $331 | $356 |
|  |  | 22 | $190 | $210 | $245 | $214 | $215 | $207 |
|  |  | 23 | $374 | $418 | $525 | $432 | $394 | $383 |
|  |  | 36 | $275 | $330 | $414 | $340 | $342 | $347 |
|  |  | 23 | $212 | $225 | $245 | $226 | $232 | $225 |
|  |  | 240 | $325 | $500 | $684 | $514 | $489 | $443 |
|  |  | 171 | $255 | $330 | $473 | $373 | $335 | $304 |
|  |  | 77 | $304 | $386 | $470 | $416 | $390 | $371 |
|  |  | 54 | $238 | $277 | $314 | $282 | $265 | $264 |
|  |  | 268 | $380 | $529 | $675 | $530 | $490 | $446 |
|  |  | 224 | $295 | $370 | $439 | $374 | $362 | $328 |
|  |  | 90 | $360 | $430 | $473 | $419 | $405 | $408 |
|  |  | 91 | $225 | $257 | $288 | $262 | $244 | $247 |
|  |  | 23 | $385 | $450 | $519 | $445 | $396 | $390 |
|  |  | 24 | $230 | $290 | $335 | $290 | $276 | $282 |
|  |  | 105 | $285 | $347 | $425 | $358 | $347 | $296 |
|  |  | 103 | $220 | $238 | $315 | $268 | $246 | $210 |
|  |  | 2384 | $602 | $975 | $1,284 | $962 | $931 | $887 |
|  |  | 3382 | $425 | $615 | $847 | $638 | $613 | $585 |
|  |  | 31 | $200 | $340 | $360 | $316 | $292 | $283 |
|  |  | 18 | $165 | $203 | $239 | $221 | $209 | $196 |
|  |  | 44 | $310 | $375 | $404 | $355 | $355 | $330 |
|  |  | 20 | $186 | $249 | $255 | $236 | $215 | $208 |
|  |  | 99 | $385 | $450 | $513 | $461 | $466 | $454 |
|  |  | 90 | $230 | $276 | $335 | $284 | $270 | $282 |

# Section I: High-Level Data Cuts

## Cities

### 2019 -- Real Rates for Partners and Associates

Trend Analysis (Mean)

| City | Role | n | First Quartile | Median | Third Quartile | 2019 | 2018 | 2017 |
|---|---|---|---|---|---|---|---|---|
|  |  | 18 | $240 | $262 | $300 | $280 | $286 | $288 |
|  |  | 12 | $174 | $207 | $250 | $222 | $195 | $185 |
|  |  | 21 | $310 | $433 | $510 | $438 | $398 | $369 |
|  |  | 90 | $307 | $400 | $539 | $432 | $397 | $395 |
|  |  | 50 | $240 | $280 | $323 | $285 | $261 | $265 |
|  |  | 17 | $326 | $380 | $475 | $387 | $324 | $291 |
|  |  | 36 | $450 | $520 | $625 | $526 | $492 | $512 |
|  |  | 23 | $210 | $325 | $393 | $328 | $351 | $366 |
|  |  | 19 | $236 | $256 | $311 | $275 | $258 | $271 |
|  |  | 14 | $333 | $420 | $474 | $394 | $349 | $397 |
|  |  | 1772 | $650 | $805 | $976 | $832 | $812 | $779 |
|  |  | 1557 | $407 | $522 | $635 | $538 | $528 | $501 |
|  |  | 32 | $680 | $796 | $890 | $771 | $782 | $756 |
|  |  | 60 | $323 | $528 | $580 | $481 | $531 | $468 |

# Section I: High-Level Data Cuts

## Cities
By Matter Type

**2019 -- Real Rates for Partners and Associates**   Trend Analysis (Mean)

| City | Matter Type | Role | n | First Quartile | Median | Third Quartile | 2019 | 2018 | 2017 |
|---|---|---|---|---|---|---|---|---|---|
| | | | 129 | $265 | $425 | $622 | $450 | $437 | $383 |
| | | | 92 | $240 | $294 | $421 | $339 | $311 | $282 |
| | | | 139 | $395 | $595 | $750 | $581 | $551 | $529 |
| | | | 92 | $291 | $380 | $489 | $407 | $368 | $346 |
| | | | 29 | $304 | $375 | $420 | $388 | $344 | $326 |
| | | | 23 | $203 | $260 | $333 | $271 | $238 | $242 |
| | | | 53 | $305 | $400 | $480 | $433 | $427 | $405 |
| | | | 36 | $250 | $280 | $310 | $288 | $282 | $281 |
| | | | 113 | $350 | $400 | $605 | $478 | $452 | $417 |
| | | | 92 | $295 | $370 | $403 | $357 | $333 | $279 |
| | | | 183 | $409 | $576 | $696 | $559 | $525 | $474 |
| | | | 143 | $295 | $370 | $468 | $385 | $388 | $370 |
| | | | 34 | $295 | $375 | $450 | $377 | $375 | $386 |
| | | | 22 | $200 | $210 | $219 | $212 | $236 | $244 |
| | | | 65 | $379 | $438 | $479 | $435 | $418 | $417 |
| | | | 74 | $230 | $279 | $290 | $272 | $247 | $249 |
| | | | 13 | $385 | $443 | $504 | $435 | $405 | $389 |
| | | | 16 | $224 | $270 | $294 | $269 | $265 | $248 |
| | | | 14 | $373 | $468 | $550 | $454 | $391 | $390 |
| | | | 11 | $290 | $325 | $345 | $312 | $285 | $293 |
| | | | 67 | $285 | $325 | $395 | $340 | $332 | $275 |
| | | | 71 | $225 | $238 | $325 | $273 | $253 | $207 |
| | | | 52 | $280 | $370 | $500 | $385 | $372 | $352 |
| | | | 44 | $220 | $235 | $300 | $259 | $231 | $220 |
| | | | 909 | $475 | $700 | $1,020 | $757 | $746 | $686 |
| | | | 1088 | $315 | $459 | $665 | $511 | $493 | $465 |
| | | | 1773 | $735 | $1,100 | $1,350 | $1,055 | $1,016 | $980 |
| | | | 2588 | $486 | $675 | $855 | $686 | $660 | $633 |
| | | | 17 | $200 | $225 | $350 | $285 | $278 | $264 |
| | | | 18 | $295 | $350 | $369 | $348 | $306 | $304 |
| | | | 13 | $310 | $395 | $395 | $349 | $368 | $296 |
| | | | 38 | $310 | $375 | $415 | $357 | $351 | $344 |
| | | | 16 | $185 | $248 | $255 | $236 | $213 | $210 |

# Section I: High-Level Data Cuts

## Cities
By Matter Type

**2019 -- Real Rates for Partners and Associates**　　　　　Trend Analysis (Mean)

| City | Matter Type | Role | N | First Quartile | Median | Third Quartile | 2019 | 2018 | 2017 |
|---|---|---|---|---|---|---|---|---|---|
| | | | 54 | $286 | $395 | $540 | $428 | $390 | $363 |
| | | | 28 | $234 | $280 | $319 | $267 | $245 | $244 |
| | | | 49 | $310 | $413 | $538 | $438 | $405 | $431 |
| | | | 27 | $258 | $283 | $320 | $303 | $279 | $286 |
| | | | 15 | $337 | $380 | $475 | $392 | $342 | $294 |
| | | | 22 | $473 | $520 | $625 | $525 | $474 | $513 |
| | | | 25 | $445 | $510 | $625 | $527 | $510 | $511 |
| | | | 16 | $280 | $333 | $450 | $362 | $392 | $396 |
| | | | 12 | $242 | $255 | $281 | $263 | $264 | $274 |
| | | | 704 | $675 | $805 | $965 | $830 | $803 | $781 |
| | | | 626 | $425 | $525 | $620 | $526 | $531 | $515 |
| | | | 1403 | $641 | $810 | $982 | $832 | $815 | $778 |
| | | | 1145 | $400 | $520 | $635 | $544 | $527 | $494 |

# Section I: High-Level Data Cuts

## Cities
By Years of Experience

2019 -- Real Rates for Partners — Trend Analysis (Mean)

| City | Years of Experience | n | First Quartile | Median | Third Quartile | 2019 | 2018 | 2017 |
|---|---|---|---|---|---|---|---|---|
| | | 34 | $305 | $350 | $400 | $362 | $346 | $277 |
| | | 48 | $285 | $350 | $460 | $371 | $368 | $305 |
| | | 568 | $650 | $975 | $1,249 | $947 | $917 | $874 |
| | | 1245 | $603 | $980 | $1,330 | $979 | $948 | $903 |
| | | 21 | $223 | $350 | $385 | $347 | $305 | $297 |
| | | 12 | $270 | $335 | $360 | $327 | $300 | $277 |
| | | 26 | $319 | $395 | $410 | $366 | $382 | $358 |
| | | 28 | $350 | $385 | $525 | $433 | $417 | $440 |
| | | 47 | $399 | $450 | $475 | $437 | $457 | $434 |
| | | 210 | $437 | $535 | $655 | $567 | $544 | $516 |
| | | 407 | $500 | $675 | $825 | $679 | $643 | $619 |
| | | 23 | $305 | $370 | $425 | $365 | $322 | $320 |
| | | 61 | $325 | $413 | $591 | $451 | $432 | $395 |
| | | 45 | $330 | $448 | $615 | $480 | $418 | $388 |
| | | 89 | $410 | $525 | $655 | $544 | $493 | $478 |
| | | 31 | $211 | $395 | $446 | $369 | $350 | $336 |
| | | 41 | $350 | $400 | $533 | $436 | $401 | $400 |
| | | 65 | $400 | $487 | $579 | $487 | $455 | $444 |
| | | 19 | $306 | $375 | $467 | $404 | $352 | $358 |
| | | 25 | $380 | $455 | $500 | $464 | $449 | $415 |
| | | 31 | $510 | $582 | $702 | $575 | $557 | $426 |
| | | 46 | $515 | $650 | $750 | $625 | $603 | $549 |
| | | 16 | $261 | $326 | $360 | $346 | $323 | $314 |
| | | 11 | $325 | $415 | $455 | $473 | $515 | $466 |
| | | 22 | $272 | $385 | $435 | $386 | $377 | $344 |
| | | 29 | $314 | $400 | $430 | $375 | $391 | $377 |
| | | 34 | $303 | $403 | $915 | $571 | $496 | $466 |
| | | 75 | $300 | $445 | $1,002 | $642 | $647 | $588 |
| | | 116 | $476 | $675 | $907 | $705 | $688 | $634 |
| | | 235 | $525 | $700 | $945 | $741 | $731 | $694 |
| | | 31 | $553 | $675 | $950 | $776 | $733 | $685 |
| | | 92 | $650 | $879 | $1,028 | $875 | $841 | $871 |
| | | 66 | $393 | $423 | $530 | $452 | $452 | $423 |
| | | 136 | $460 | $556 | $655 | $564 | $573 | $525 |

# Section I: High-Level Data Cuts

## Cities
By Years of Experience

**2019 -- Real Rates for Partners**                                    Trend Analysis (Mean)

| City | Years of Experience | n | First Quartile | Median | Third Quartile | 2019 | 2018 | 2017 |
|------|--------------------|---|----------------|--------|----------------|------|------|------|
|  |  | 54 | $324 | $397 | $460 | $389 | $353 | $314 |
|  |  | 84 | $310 | $425 | $544 | $443 | $403 | $375 |
|  |  | 15 | $240 | $240 | $308 | $278 | $288 | $294 |
|  |  | 13 | $400 | $485 | $576 | $517 | $443 | $419 |
|  |  | 32 | $299 | $388 | $461 | $393 | $363 | $358 |
|  |  | 44 | $375 | $464 | $570 | $489 | $431 | $416 |
|  |  | 21 | $478 | $546 | $638 | $560 | $519 | $517 |
|  |  | 490 | $605 | $770 | $915 | $763 | $755 | $721 |
|  |  | 915 | $660 | $845 | $1,000 | $860 | $830 | $791 |

# Section I: High-Level Data Cuts

## Cities
By Years of Experience

**2019 -- Real Rates for Associates**                    Trend Analysis (Mean)

| City | Years of Experience | n | First Quartile | Median | Third Quartile | 2019 | 2018 | 2017 |
|---|---|---|---|---|---|---|---|---|
| | | 15 | $166 | $225 | $260 | $229 | $199 | $194 |
| | | 22 | $165 | $290 | $350 | $274 | $284 | $272 |
| | | 19 | $55 | $200 | $251 | $167 | $221 | $182 |
| | | 30 | $278 | $305 | $325 | $299 | $265 | $240 |
| | | 34 | $269 | $291 | $295 | $288 | $267 | $269 |
| | | 19 | $250 | $270 | $318 | $281 | $276 | $277 |
| | | 38 | $388 | $468 | $550 | $480 | $475 | |
| | | 140 | $395 | $562 | $665 | $533 | $486 | $442 |
| | | 228 | $330 | $520 | $789 | $569 | $551 | $548 |
| | | 23 | $276 | $327 | $378 | $330 | $312 | $265 |
| | | 44 | $238 | $378 | $485 | $369 | $327 | $293 |
| | | 22 | $245 | $293 | $330 | $302 | $285 | $282 |
| | | 14 | $295 | $340 | $380 | $345 | $361 | |
| | | 38 | $315 | $375 | $410 | $363 | $339 | $292 |
| | | 39 | $309 | $370 | $497 | $392 | $355 | $334 |
| | | 19 | $224 | $257 | $306 | $265 | $247 | $255 |
| | | 23 | $220 | $253 | $298 | $257 | $232 | $226 |
| | | 25 | $225 | $266 | $365 | $288 | $264 | $208 |
| | | 140 | $373 | $511 | $623 | $513 | $487 | $411 |
| | | 329 | $400 | $568 | $838 | $597 | $572 | $527 |
| | | 645 | $425 | $721 | $960 | $708 | $685 | $661 |
| | | 13 | $228 | $246 | $396 | $300 | $284 | $264 |
| | | 25 | $280 | $305 | $350 | $324 | $277 | $278 |
| | | 46 | $300 | $325 | $370 | $337 | $308 | |
| | | 176 | $300 | $350 | $415 | $369 | $355 | $327 |
| | | 215 | $318 | $436 | $499 | $442 | $407 | $391 |
| | | 11 | $195 | $205 | $300 | $256 | $284 | $279 |
| | | 19 | $243 | $305 | $381 | $306 | $333 | |
| | | 35 | $253 | $329 | $361 | $321 | $321 | $296 |
| | | 49 | $265 | $350 | $417 | $358 | $346 | $318 |
| | | 14 | $240 | $277 | $312 | $268 | $278 | |
| | | 42 | $283 | $333 | $369 | $329 | $313 | $284 |
| | | 63 | $307 | $391 | $440 | $378 | $367 | $331 |
| | | 25 | $330 | $412 | $480 | $392 | $354 | $325 |
| | | 15 | $200 | $210 | $245 | $223 | $193 | $191 |

# Section I: High-Level Data Cuts

## Cities
By Years of Experience

**2019 -- Real Rates for Associates**                                    Trend Analysis (Mean)

| City | Years of Experience | n | First Quartile | Median | Third Quartile | 2014 | 2015 | 2017 |
|------|---------------------|---|----------------|--------|----------------|------|------|------|
|  |  | 14 | $225 | $290 | $446 | $326 | $325 | $300 |
|  |  | 36 | $280 | $377 | $598 | $425 | $458 | $425 |
|  |  | 12 | $310 | $325 | $359 | $351 | $349 |  |
|  |  | 49 | $317 | $425 | $550 | $446 | $421 | $394 |
|  |  | 90 | $345 | $440 | $626 | $498 | $503 | $485 |
|  |  | 12 | $500 | $550 | $653 | $564 | $454 | $429 |
|  |  | 30 | $412 | $527 | $743 | $604 | $563 | $535 |
|  |  | 12 | $257 | $287 | $299 | $282 | $262 |  |
|  |  | 33 | $275 | $310 | $352 | $313 | $306 | $262 |
|  |  | 42 | $363 | $417 | $470 | $411 | $421 | $344 |
|  |  | 20 | $190 | $250 | $284 | $248 | $233 | $225 |
|  |  | 11 | $280 | $305 | $324 | $317 | $254 | $257 |
|  |  | 70 | $350 | $436 | $520 | $442 | $407 | $375 |
|  |  | 263 | $405 | $501 | $590 | $506 | $470 | $429 |
|  |  | 356 | $460 | $580 | $721 | $614 | $589 | $565 |