



| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **MARTHA NIMMER**<br>Tel.: (917) 499-8632<br>mnimmer@law.nyc.gov |

March 21, 2024

**VIA ECF**
Hon. Stewart D. Aaron
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

    Re: *M.H. v. N.Y.C. Dep't of Education,* 23-cv-6714 (DEH)(SDA)

Dear Magistrate Judge Aaron:

  I am a Special Assistant Corporation Counsel in the Office of Corporation Counsel, the Honorable Sylvia O. Hinds-Radix, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq*., as well as for this action.

  Defendant writes to respectfully request a 2-day extension of the opposition filing deadline, from March 25, 2024 to March 27, 2024. This is the first request for an extension. Plaintiff graciously consents to this request. The extension is necessary due to the undersigned's supervisor's unexpected absence from the office.

  Accordingly, Defendant respectfully requests that the filing deadline for its opposition papers be extended to March 27, 2024. Thank you for considering this request.

    Respectfully submitted,

                  /s/
                  Martha Nimmer, Esq.
                  Special Assistant Corporation Counsel

cc: Francesca Antorino, Esq. (via ECF)

Application **GRANTED.** The Clerk of Court is respectfully directed to close the motion at ECF No. 29.

Dale E. Ho
United States District Judge
Dated: March 21, 2024
New York, New York