**CUDDY LAW FIRM, PLLC**
SPECIAL EDUCATION AND SPECIAL NEEDS PLANNING ATTORNEYS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/26/2024

SENIOR ATTORNEY
FANTORINO@CUDDYLAWFIRM.COM
DIRECT DIAL 914-517-9553

March 26, 2024

**VIA ECF:**
Hon. Stewart D. Aaron
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *M.H. v. N.Y.C. Dep't of Educ.,* 23-cv-6714(DEH)(SDA)

Dear Magistrate Judge Aaron:

I am a senior attorney at the Cuddy Law Firm, PLLC, attorney for the Plaintiff in the above-referenced action, where Plaintiff seeks attorneys' fees, costs, and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.* ("IDEA"), as well as for this action.

Plaintiff writes in response to the Defendant's March 25, 2024 request for an extension of the filing deadline of its opposition papers to April 2, 2024. Plaintiff consents to the Defendant's request, but notes that the Plaintiff's reply is currently due April 3, 2024, and would subsequently need to be addressed as a result of the Defendant's extension.

Thank you for your consideration in this matter.

Respectfully Submitted,

s/ Francesca Teresa Antorino

Francesca Teresa Antorino

CC:    Martha Nimmer, Esq.

Defendant's letter motion (ECF No. 32) for an extension of time to file opposition papers to Plaintiff's motion for attorneys' fees until April 2, 2024, with Plaintiff's consent, is GRANTED. In light of this Order, Plaintiff's reply, if any, shall be filed on April 16, 2024.

SO ORDERED.
Dated: March 26, 2024

*/s/ Stewart D. Aaron*