UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.H.,

                Plaintiff,

v.

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

23-CV-6714 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

On February 23, 2024, Plaintiff filed a motion for attorney's fees and costs. *See* ECF No. 21. An amended referral order issued March 22, 2024, referred this motion to Magistrate Judge Stewart D. Aaron for a report and recommendation. *See* ECF No. 31. On July 10, 2024, Judge Aaron issued a Report and Recommendation (the "Report"). *See* ECF No. 44. On July 30, 2024, Plaintiff filed objections to the Report. *See* Pl. Objs., ECF No. 45. On August 8, 2024, Defendant filed objections to the Report. *See* Def. Objs., ECF No. 52. On August 15, 2024, Plaintiff filed a response to Defendant's objections. *See* Pl. Opp'n to Def.'s Objs. ("Pl. Opp'n"), ECF No. 53.

On September 12, 2024, the Second Circuit issued a mandate remanding IDEA fees cases which may be subject to a case before the Second Circuit, *Y.G. et al. v. New York City Department of Education*, No. 22-1184. The order states "a case management order was entered on October 6, 2023" in *Y.G.*, which provides that "appeals filed after October 6, 2023 that raise attorney fee issues will be remanded to the district court for reconsideration in light of the [Second Circuit's] determination of the tandem appeals." *See G.R. et al v. New York City Department of Education*, No. 23 Civ. 3948, ECF No. 50. Plaintiff's motion before the Court raises issues similar to those pending in the tandem *Y.G.* appeals. It is hereby **ORDERED** that

this case is stayed pending the Second Circuit's decision in *Y.G. et al. v. New York City Department of Education*, No. 22-1184.

"This Court has authority to stay proceedings pending disposition of another case that could affect the outcome." *Urena v. Sonder USA Inc.*, No. 22 Civ. 7736, 2024 WL 1333012, at *1 (S.D.N.Y. Mar. 28, 2024); *see also Leslie v. Thompson Reuters Corp.*, No. 22 Civ. 7936, 2023 WL 6173511, at *2 (S.D.N.Y. Sept. 22, 2023) ("A decision to stay proceedings is one that rests firmly within a district court's discretion."). The Court's discretionary authority "is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Louis Vuitton Malletier S.A. v. LY USA, Inc.*, 676 F.3d 83, 96 (2d Cir. 2012) (quoting *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)).

The Court has reviewed the underlying briefing and, while making no holding on the Plaintiff's motion for attorney's fees and costs at this time, it concludes that a temporary stay is warranted. Further proceedings in this action are hereby stayed pending the Second Circuit's decision in *Y.G. et al. v. New York City Department of Education*, No. 22-1184. The parties shall submit a joint status letter to the Court no later than **two weeks** after the Second Circuit's ruling in *Y.G.*, notifying the Court of the decision and proposing next steps in this case.

The Clerk of Court is respectfully directed to close the motion at ECF No. 21.

SO ORDERED.

Dated: September 17, 2024
New York, New York

DALE E. HO
United States District Judge