UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
M.H., individually and on behalf of S.H., a child with
a disability,

                              Plaintiff,

           v.

NEW YORK CITY DEPARTMENT OF EDUCATION,

                              Defendant.
------------------------------------------------------------------X

23 Civ. 6714 (DEH)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED, AND DECREED,** that for the reasons stated in the October 20, 2025, Opinion and Order concerning Plaintiff's motion for attorneys' fees following resolution of the substantive claims in this action, ECF No. 61, Plaintiff is entitled to attorneys' fees and costs in the total amount $58,786.25, plus post-judgment interest thereupon, at the applicable statutory rate. The Clerk of Court is respectfully directed to close this case.

Dated: November 3, 2025
       New York, NY

                                                                 Dale E. Ho
                                                       United States District Judge